# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO – Cincinnati Division

| | | |
|---|---|---|
| **HUNTER DOSTER,** et. al. | : | Case No.: 1:22-cv-00084 |
| Plaintiff | : | |
| v. | : | |
| **Hon. FRANK KENDALL**, et. al. | : | |
| Defendants | : | |

### MOTION FOR ADMISSION PRO HAC VICE OF AARON SIRI

Pursuant to S.D. Ohio Civ. R. 83.3(e) **and 83.4(a)**, Christopher Wiest, trial attorney for Hunter Doster, et. al., in the above-referenced action, hereby moves the court to admit Aaron Siri, *pro hac vice* to appear and participate as counsel or co-counsel in this case for Plaintiffs.

Movant represents that he is a member in good standing of a highest state court as attested by the accompanying certificate from that court and that he is not eligible to become a member of the permanent bar of this Court. This Motion is accompanied by the required filing fees.

The relevant identifying information is as follows:

Siri & Glimstad LLP
Phone: (212)532-1091
Fax: (646)417-5967
200 Park Avenue, 17th Floor
New York , NY 10166
aaron@sirillp.com

    Respectfully submitted,

    /s/ Christopher Wiest_____
    Christopher Wiest (OH 0077931)
    Chris Wiest, Atty at Law, PLLC
    25 Town Center Blvd, Suite 104
    Crestview Hills, KY 41017
    513/257-1895 (c)

859/495-0803 (f)
chris@cwiestlaw.com
**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

     I certify that I have served a copy of the foregoing by electronic mail, this 16 day of February, 2022.

                              /s/ Christopher Wiest_____
                              Christopher Wiest (OH 0077931)

# CERTIFICATE OF THE CLERK OF THE SUPREME COURT
## OF THE
## STATE OF ARIZONA

I, Tracie K. Lindeman, Clerk of the Supreme Court of the State of Arizona, hereby certify that, according to the records of my office and upon the recommendation of the Disciplinary Clerk of the Supreme Court of Arizona

### AARON SIRI

was on the 23rd day of March, 2020 duly admitted to practice as an Attorney and Counselor at Law in all the courts of Arizona; that no disciplinary proceedings are pending against this attorney in the Arizona Supreme Court as of the date of this certificate; and that this name now appears on the Roll of Attorneys in this office as an active member of the State Bar of Arizona in good standing.

Given under my hand and the seal of said Court this 20th day of January, 2022.

TRACIE K. LINDEMAN, Clerk

By _____
Liz Gomez
Deputy Clerk III

CERTIFICATE OF GOOD STANDING
ISSUED BY THE DISCIPLINARY CLERK
FOR AND ON BEHALF OF
THE SUPREME COURT OF ARIZONA

The Disciplinary Clerk pursuant to Rule 74, Rules of the Supreme Court of Arizona, hereby certifies that according to the records of the State Bar, **AARON SIRI** was duly admitted to practice as an attorney and counselor at law in all courts of Arizona by the Supreme Court of Arizona on March 23, 2020 and is now, as of the date of this Certificate, an active member of the State Bar of Arizona in good standing.

Given under the seal of the Disciplinary Clerk of the Supreme Court of Arizona this January 11, 2022.

Michelle R. Martinez
Disciplinary Clerk