IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO – Cincinnati Division

| | | |
|---|---|---|
| **HUNTER DOSTER,** et. al. | : | Case No.: 1:22-cv-00084 |
| Plaintiff | : | |
| v. | : | |
| **Hon. FRANK KENDALL**, et. al. | : | |
| Defendants | : | |

### ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE

The motion for permission to practice the above captioned matter pro hac vice, by Aaron Siri is hereby GRANTED.

IT IS SO ORDERED:

_____
United States District Judge