IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO – Western Division at Cincinnati

| **HUNTER DOSTER, et. al.** | : | Case No. 1:22-CV-84 |
|---|---|---|
| Plaintiffs | : | |
| **v.** | : | |
| **FRANK KENDALL, et. al.** | : | |
| Defendants | : | |

### NOTICE OF FILING APPENDIX

Plaintiffs, by and through Counsel, give notice of filing the following Appendix, in support of this action. This appendix[1] contains the following:

| Certification | Declaration of Hunter Doster authenticating materials |
|---|---|
| Exhibit 1 | September 3, 2021, Order from Hon. Frank Kendall re: Vaccine Mandate |
| Exhibit 2 | PCS Policy Change, sent to AETC |
| Exhibit 3 | Lt. Hunter Doster accommodation request, chaplain interview, and other administrative materials. |
| Exhibit 4 | SRA Joe Dills administrative materials. |
| Exhibit 5 | Col. Jason Anderson administrative materials. |
| Exhibit 6 | A1C Kendra Colantanio administrative materials. |
| Exhibit 7 | Maj. Paul Clement administrative materials. |
| Exhibit 8 | Maj. Benjamin Leiby administrative materials. |
| Exhibit 9 | Lt. Brett Martin administrative materials. |
| Exhibit 10 | Lt. Connor McCormick administrative materials. |
| Exhibit 11 | Maj. Heidi Mosher administrative materials. |
| Exhibit 12 | Capt. Peter Norris administrative materials. |
| Exhibit 13 | Maj. Patrick Pottinger administrative materials. |
| Exhibit 14 | Lt. Alex Ramsperger administrative materials. |
| Exhibit 15 | Maj. Daniel Reineke administrative materials. |
| Exhibit 16 | Capt. Benjamin Rinaldi administrative materials. |

---

[1] The undersigned Counsel have redacted Personal Identifying Information pursuant to FRCP 5.2 in these materials.

| Exhibit 17 | Lt. Col. Douglas Ruyle administrative materials. |
| --- | --- |
| Exhibit 18 | SMSgt Christopher Schuldes administrative materials. |
| Exhibit 19 | Lt. Col. Edward Stapanon administrative materials. |
| Exhibit 20 | SSgt Adam Theriault administrative materials. |

Respectfully submitted,

/s/ Christopher Wiest_____
Christopher Wiest (OH 0077931)
Chris Wiest, Atty at Law, PLLC
25 Town Center Blvd, Suite 104
Crestview Hills, KY 41017
513/257-1895 (c)
859/495-0803 (f)
chris@cwiestlaw.com

/s/Aaron Siri
Siri Glimstad, LLP
Aaron Siri (PHV forthcoming)
Elizabeth Brehm (PHV forthcoming)
Wendy Cox (PHV forthcoming)
200 Park Avenue, 17th Floor
New York, NY 10166
(212) 532-1091 (v)
(646) 417-5967 (f)
aaron@sirillp.com

/s/Thomas Bruns_____
Thomas Bruns (OH 0051212)
Bruns Connell Vollmar Armstrong LLP
4750 Ashwood Drive, STE 200
Cincinnati, OH 45241
tbruns@bcvalaw.com
513-312-9890

/s/Zach Gottesman_____
Zach Gottesman (OH 0058675)
404 East 12 St., First Floor
Cincinnati, OH 45202
zg@zgottesmanlaw.com
**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the foregoing by CM/ECF, this 16 day of February, 2022, and, further, by ordinary U.S. mail to the Defendants, including by serving the United States Defendant through ordinary mail upon the Attorney General of the United States and the U.S. Attorney for the Southern District of Ohio.

/s/ Christopher Wiest_____
Christopher Wiest (OH 0077931)