Case: 1:22-cv-00084-MWM Doc #: 8-3 Filed: 02/16/22 Page: 1 of 1 PAGEID #: 78

# PCS Restrictions for Active Duty Members Not Fully Vaccinated Against COVID-19

### AFIT AU Det 1/CC

Wed 12/1/2021 11:57 AM

Cc: Hemming, Rebekah A Civ USAF AETC AFIT/MSF <Rebekah.Hemming@afit.edu>; Labrie, Maurice P Civ USAF AETC AFIT/MSP <Maurice.Labrie@afit.edu>; Salvatore, Don R LtCol USAF AETC AFIT/AU DET 1 <Don.Salvatore@afit.edu>;

📎 1 attachments (54 KB)

(AF-A1 signed) Assignment Restriction Policy Memo.pdf;

ALCON,

I am writing to notify you that effective 29 November 2021, Airmen who are not fully vaccinated against COVID-19, including those awaiting final decision on a medical exemption or religious accommodation, are restricted from proceeding on existing PCS orders, or selection for a future PCS, until the member is fully vaccinated or is granted a waiver/exemption.  I know many of you already know your follow-on assignment.  I highly recommend you hold off on committing any expenses (buying a house, etc.) related to potential PCSes.

This means MPFs _will not_ final out-process Airmen who are not fully vaccinated or do not have an approved medical exemption or religious accommodation.

AFPC will update each non-vaccinated member's Assignment Availability Code and adjust RNLTDs/DEROs in 120-day increments as necessary until the member is eligible to PCS or the assignment is cancelled.

Airmen exempted from this policy include:  1) Airmen who are fully vaccinated against COVID-19, 2) Airmen who have received an approved medical exemption or religious accommodation, 3) Airmen who have out-processed and/or shipped household goods/vehicles on or prior to 29 Nov 21, and 4) Airmen who have an approved separation or retirement date prior to 1 Apr 22.

Airmen requesting an exception to this policy will submit a Wing/CC or equivalent (Col Harmer)-endorsed request to their servicing MPF.  Submission should be sent to AUDet1CC@afit.edu for Col Harmer's review.  The AFPC/CC is the final decision authority for Lt Col/SMSgt and below.  AF/A1 is the final decision authority for Cols/Chiefs (including selects).

This guidance applies to active duty Airmen only.  The USSF will consider Guardians assignments on a case-by-case basis.

v/r,
Lt Col S

DON R. SALVATORE, Lt Col, USAF
Section Commander, AU Det 1 (AFIT)