

**DEPARTMENT OF THE AIR FORCE**
**AIR UNIVERSITY (AETC)**

07 September 2021

MEMORANDUM FOR  AETC/CC (Lt Gen Marshall B. Webb)

FROM:  Hunter G. Doster, 2d Lt, USAF
　　　　AFIT/ENG
　　　　2950 Hobson Way
　　　　Wright-Patterson AFB OH 45433

SUBJECT:  Religious Accommodation Request for Immunization

Reference: (a) AFI 48-110_IP 7 September 2021, *Immunizations and Chemoprophylaxis for prevention of Infectious Disease*
　　　　　　(b) DAFI 52-102 23 June 2021, *Religious Freedom in the Department of the Air Force*

1.  I request a waiver of the immunization requirements directed by Air Force Instruction (AFI) 48-110_IP, *Immunizations and Chemoprophylaxis for Prevention of Infectious Disease,* to be exempt from receiving any COVID-19 Vaccinations. This request is based on my religious and/or personal beliefs, which conflict with the requirement.

    a) My DOD ID number is ▮▮▮▮2638
    b) My Specialty Code is 62E1C
    c) My unit of assignment is AFIT/ENG
    d) My faith group of preference is Christian

2.  This request is based on the burden this vaccine will cause on the exercise of my religious beliefs as a Born-Again Christian. I am a Christian, and I believe that Jesus Christ died on the cross to redeem my soul, and in so doing established a new covenant between God and man.  This new covenant, outlined in the Old and New Testament of the Bible, established many moral and spiritual principles that I must live by as a follower of Christ. Two foundational components of this New Covenant are that all life is created by God and is therefore sacred and that I am the Temple of the Lord because God's Spirit, The Holy Spirit, dwells in me.  Due to these bedrock principles of my faith, I cannot in good conscience take the COVID-19 Vaccinations because of their ties with aborted fetal tissue, and my beliefs in the spiritual gift of healing. I believe abortion is evil, and I have been charged by God to stand up against any evil such as abortion.  Therefore, receiving these immunizations will burden the exercise of my beliefs as I will not allow myself to benefit from any abortion.  Furthermore, these immunizations will hinder my ability to walk in the Spiritual gift of healing, placing an enormous burden on the exercise of my

religious beliefs. In short, the COVID-19 immunization mandate does not allow me to freely and openly worship my God with my life and body (see Attachment 1). I understand I must attend an in-person interview with a Department of the Air Force Chaplain as part of the process for requesting a religious accommodation. I am in contact with the chaplains at Wright-Patterson AFB, particularly Chaplain Swenson. They are still working through the process for scheduling an interview and have instructed me to stand by while they sort things out.

3. If my request is disapproved, I understand that I must comply with my commands decision to handle the situation in lieu of DAFI 52-201 section 2.7 which states, "If, after a thorough analysis of the above factors, the religious accommodation of Airmen or Guardian cannot be met, administrative actions that may be considered include reassignment, reclassification, or voluntary separation." I understand that an approved accommodation may be suspended, modified, or revoked by appropriate authorities when required by military necessity. The point of contact for this request is the undersigned at (678) 644-0265 or hunter.doster@afit.edu.

HUNTER G DOSTER, 2D LT, USAF
Student, AFIT/ENG

3 Attachments:
1. Full Reason for Exemption
2. Letter from Reverend Tanton
3. Letter from Pastor Isaacs

ATTACHMENT 1: FULL REASON FOR REQUEST

I am unable to receive any of the COVID-19 vaccinations because of the burden they would create on my religious and moral beliefs. I am a Christian, and I believe that Jesus Christ died on the cross to redeem my soul, and in so doing established a new covenant between God and man. This new covenant, outlined in the Old and New Testament of the Bible, established many moral and spiritual principles that I must live by as a follower of Christ. Two foundational components of this New Covenant are that all life is created by God and is therefore sacred and that I am the Temple of the Lord because God's Spirit, The Holy Spirit, dwells in me. Due to these bedrock principles of my faith, I cannot in good conscience take the COVID-19 Vaccinations because of their ties with aborted fetal tissue, and my beliefs in the spiritual gift of healing. Thus, the COVID-19 vaccine mandate has created an enormous burden on my ability to exercise my religious belief, violating my rights protected by the 1st Amendment to the US Constitution.

John 1:3 states, "Through him all things were made; without him nothing was made that has been made." Psalm 139:13-16 states, "For you created my inmost being; you knit me together in my mother's womb. I praise you because I am fearfully and wonderfully made; your works are wonderful, I know that full well. My frame was not hidden from you when I was made in the secret place, when I was woven together in the depths of the earth. Your eyes saw my unformed body; all the days ordained for me were written in your book before one of them came to be." Job 10:10-12 states, "Did you not pour me out like mil and curdle me like cheese, clothe me with skin and flesh and knit me together with bones and sinews? You gave me life and showed me kindness, and in your providence watched over my spirit." Jeremiah 1:5 states, "Before I formed you in the womb I knew you, before you were born I set you apart; I appointed you as a prophet to the nations."

These scriptures show that in my faith, Human life is created by God, sacred, and begins before birth. My Lord cares very much about me and all human life. He took great care in crafting each and every one of us. Therefore, human life is among the most important things to protect as a follower of Christ. God cares so much for us that He sent His only Son, so that after He was done creating us, we can live in eternal relationship with Him. John 3:16: "For God so loved the world that he gave his one and only Son, that whoever believes I him shall not perish but have eternal life." Therefore, attack on human life is an evil act, and it is my responsibility to not participate and fight against such crimes. Abortion is one of these crimes. Proverbs 6:16-17: "There are six things the Lord hates, seven that are detestable to him: haughty eyes, a lying tongue, hands that shed innocent blood,". I believe that life begins at conception, and my testimony shows the severity of my belief.

I was born through In Vitro Fertilization (IVF) because my parents were unable to have a child the natural way. In IVF, the father's sperm and the mother's eggs are combined outside the body to form an embryo. These embryos are then injected into the mother's uterus to increase the chances of having a child. Sometimes, the embryos are frozen first if they are going to be used for a later pregnancy. I was one of these frozen embryos. My mother did not get pregnant with the first batch of embryos, so I was brought of the freezer, injected in, and 9 months later

was born in Atlanta, Georgia. I was the only child my parents were able to have through this process, and I am very grateful for this medical procedure. Because of my story and my beliefs, it grieves me when people do not believe conceived life is human life. To help people in tough situations where abortion is a consideration, my wife and I are very involved in the pro-life movement. My wife works full time for the non-profit Save The Storks which aims to provide the resources a mother needs to choose life. Given my story, it upset me to hear that all three COVID-19 Vaccines, Johnson & Johnson, Moderna, and Pfizer, used aborted fetal tissue in the development of their vaccines. Specifically, Pfizer and Moderna used cell lines from aborted fetal tissue to test the efficacy of their vaccines during clinical trials, and the Johnson & Johnson vaccine used fetal cell cultures to produce and manufacture the vaccine.

Because of the techniques used to approve and manufacture these vaccines, receiving one would greatly burden my ability to exercise my religious beliefs. God has called me to be the best steward I can be with the life He gave me: Colossians 3:23: "Whatever you do, work heartily, as for the Lord and not for men,". I believe the use of aborted fetal tissue is an escalating issue in the medical field, and that it is my duty as a follower of Christ to take a stand. So, to the best of my ability, I will not allow myself to benefit from an abortion.

Because I am made in His image, God has commanded me to Honor him with my body. The right to control what goes in or out of my body is an imperative right I need to exercise this belief. 1 Corinthians 6:20 "you were bought at a price. Therefore, honor God with your bodies." Romans 12:1 "Therefore, I urge you, brothers and sisters, in view of God's mercy, to offer your bodies as a living sacrifice, holy and pleasing to God – this is your true and proper worship." Being forced to receive a vaccine developed and tested with aborted fetal tissue would place an enormous burden on my ability to honor and worship God with my body.

Furthermore, I believe that I am the Temple of the Lord because The Holy Spirit lives inside me. 1 Corinthians 3:16: "Do you not know that you are God's temple and that God's Spirit dwells in you?" (ESV). I am also made in His image, and He calls me His son. Genesis 1:27: "So God created mankind in his own image, in the image of God he created them; male and female he created them." Galatians 4:6 "Because you are sons, God has sent forth the Spirit of His Son into our hearts, crying, "Abba! Father!" Because of these parts of my faith, I believe that God made my body strong, able to heal, and that it is my duty as a follower of Christ to care for my body.

Since I am His Temple, God has designed my body to fight off disease and heal. He has put his Holy Spirit inside us and given us the gift of healing. By receiving this vaccine, I am not only dishonoring God with my body by participating in this evil act of abortion, but I am neglecting the gift of healing. James 5:14-15, "Is anyone among you sick? Let them call the elders of the church to pray over them and anoint them with oil in the name of the Lord. And the prayer offered in faith will make the sick person well; the Lord will raise them up. If they have sinned, they will be forgiven." Receiving this vaccine will place a heavy burden on the ability to worship God with my body and walk in faith according to the gift of healing.

In conclusion, taking the COVID-19 vaccinations would violate my religious and moral beliefs. The COVID-19 Immunization mandate creates a heavy burden on the ability to exercise

my faith. I cannot in good conscience take this vaccine. Not being free to openly worship my God with my life and body would create mistrust between myself and the DoD. I am thankful to belong to a country that values religious freedom and has a military with religious exemptions to accommodate dedicated service men and women's beliefs.

## ATTACHMENT 2: LETTER FROM PASTOR ISAACS

To whom it may concern,

I am writing this letter to inform you that the young man that is requesting a religious exemption is someone that I have personally helped as a spiritual mentor. I have been in the ministry for over 30 years. I have served as a pastor, campus pastor, national speaker, and as an executive in 2 faith-based nonprofit ministries. I presided over his marriage ceremony. I believe that he is one that the United State Air Force must hold on to if they wish to retain leaders of character and conviction. And that is why I write to you.

Hunter is a Christian. To be clear, there are many who claim that they are Christians who are "Christian" in name only. That is not who Hunter is. His relationship with the Person of Jesus Christ affects every decision he makes and every relationship he is a part of. It affects how he works, interacts with people, how he leads. It affects everything. One of the most deeply held beliefs that he holds in the sanctity of life. To him and his wife (and to anyone who understands the Scriptures) abortion is wrong. Aborted babies were used in the development of each of the COVID-19 vaccines. Careful research shows that. To benefit from the murder and experimentation of aborted babies would be akin to using medicine from experimentation on Jews during the Holocaust. Not only is this against the Nuremberg Code, it is in violation of his convictions. You see, many can live in disharmony to their "stated beliefs." One cannot go against their convictions. It is impossible. Another example would be to take the human organs illegally being harvested by the Chinese Uyghurs. These are crimes against humanity that are currently taking place in China. Abortions are crimes against humanity occurring in the US. To personally benefit from these egregious acts in unconscionable to Hunter and his wife, as well.

Romans 12:1-2 says "Therefore, I urge you, brothers and sisters, in view of God's mercy, to offer your bodies as a living sacrifice, holy and pleasing to God—this is your true and proper worship. Do not conform to the pattern of this world, but be transformed by the renewing of your mind. Then you will be able to test and approve what God's will is—his good, pleasing and perfect will." Hunter and those of strong character like him do not go with the flow of culture. They cannot. Their "authority" is not based on changing political parties and social trends. He does not look to Hollywood or DC for his authority. He looks to the Scriptures. Very rarely will this cause him to have to stand against a command. But when the command clearly violates his source of ultimate authority, he must defer to his ultimate authority.

As with all other diseases and viruses, Hunter's body is equipped to fight them best with his own immune system and other supplements that he naturally uses for his personal health. Eating right, daily exercise, proper rest, and other health habits are equally effective in fighting virtually all viruses.

Put simply, being forced to benefit from the taking of a life of a child by taking this vaccine will cause a burden on Hunter's ability to practice his faith with a clear conscience before a Holy God. And that God is His highest authority. Hunter is an exemplary officer. He is a graduate of The United States Air Force Academy. He was and is worth the investment that has been

Atch 2 (1 of 2)

afforded him in making him an officer. The Air Force needs 50,000 Hunter Dosters, leading and following to make our country safe. I am asking that you strongly and advisedly afford him the opportunity to live according to his deeply held religious convictions by granting him an exemption to these vaccines.

Sincerely,

Paul Isaacs, Minister of the Gospel

ATTACHMENT 3: LETTER FROM REVEREND TANTON

To whom it may concern,

My name is Patrick Tanton, and I am the Senior Pastor of TimberCreek Church in Colorado Springs. I am writing to confirm and verify the convictions and beliefs of my good friend Hunter Doster.

What Hunter has shared is not only his written position, but his lived-out convictions. As one of his pastors, I have known him as a devout follower of Jesus and the Holy Scriptures. He has proven to not only follow his beliefs when it's convenient, but also when it puts him outside the status quo. These are not only his personal convictions, but the beliefs of millions of Christ followers worldwide based on the Word of God captured in the Holy Scriptures. I am thankful for a country that allows me to live out my faith.

This mandate of vaccination puts a tremendous burden on all those who hold such strong convictions.

The Holy Scriptures tell us that...

God created our bodies as temples of the Spirit of God and that we are to steward them well. (1 Corinthians 6:19-20)

God created us and knit us together in our mother's womb. (Psalm 139:13)

To put anything in our bodies is a serious personal issue, and no one should be forced to do it. The fact that these vaccinations came through aborted fetal tissue testing makes it even more of an assault on the Christian faith.

I personally have chosen to not take the vaccine and I support Hunter in his conviction as well.

Respectfully,

Reverend Patrick Tanton



**DEPARTMENT OF THE AIR FORCE**
HEADQUARTERS 88TH AIR BASE WING (AFMC)
WRIGHT-PATTERSON AIR FORCE BASE, OHIO

1 October 2021

MEMORANDUM FOR AETC/CC

FROM: Chaplain, Major Krista D. Ingram

SUBJECT: Religious Accommodation Request for 2d Lt Hunter G. Doster

1. On Thursday, 30 September, 2021, I spoke with Lt Doster to discuss his religious accommodation request for exemption from the USAF COVID-19 vaccination requirements.

2. Lt Doster is a devout Christian and leader in his church. He was a worship leader at Timber Creek Church in Colorado Springs, Colorado, and also led a men's group in worship and study at the United States Air Force Academy. Currently, he and his wife are members of LifePoint Church in Kettering where they lead the young adult group and volunteer with the youth program. Lt Doster and his wife have a strong faith in God and are vehemently against abortion, believing life begins at conception. Mrs. Doster stands firm in her commitment to life by working at a pro-life, non-profit organization. Lt Doster was himself conceived outside of his mother's womb via IVF; his belief that life begins at conception is both personal and painful.

3. The past year was an eye-opening experience for Lt Doster. While researching the COVID-19 vaccines he discovered they were brought to market using fetal cell lines. Lt Doster cannot, in good conscience and according to his faith, consume or utilize a product linked to abortion. He and his wife have already begun to research a myriad of products and implement various lifestyle changes based on their faith tenets.

4. Current vaccination requirements place a substantial burden on Lt Doster's free exercise of religion by requiring him to participate in an activity prohibited by his sincerely held beliefs. He will submit religious accommodation requests for other vaccinations as they are necessary, and he is prepared to choose obedience to God over military service.

5. Lt Doster's sincerely held religious beliefs are not sufficiently burdened by either the current federal guidelines for continued mask wear or routine COVID testing, and he is amenable to either or both options.

6. I recommend granting Lt Doster's religious accommodation request due to the overwhelming presence of sincerely held religious beliefs in opposition to the COVID-19 vaccine.

7. If you have any questions please contact me at krista.ingram.1@us.af.mil or 937-904-0524.

INGRAM.KRISTA
.D.1168686729

Digitally signed by
INGRAM.KRISTA.D.1168686729
Date: 2021.10.04 17:17:52
-04'00'

KRISTA D. INGRAM, Ch, Maj, USAF
Branch Chief, 88 ABW/HC



**DEPARTMENT OF THE AIR FORCE**
**AIR UNIVERSITY (AETC)**

13 Sep 21

MEMORANDUM FOR RECORD

FROM: AU Det 1/CCQ

SUBJECT: Immunization Waiver Counseling – 2Lt Hunter Doster

1. The subject member requested an administrative waiver for the mandate to receive a vaccine against the Corona Virus Disease 2019 (COVID-19). The first step in this process is for the unit Commander to counsel the member on the implications and potential challenges regarding the request.

2. Per Department of the Air Force Instruction (DAFI) 52-201, *Religious Freedom in the Department of the Air Force*, dated 23 Jun 20, I counseled the member on the following items:

a. Readiness for deployment

b. Readiness for assignment (including Developmental Education and Command opportunities)

c. Readiness for international travel (official and unofficial travel)

3. For questions regarding this counseling, contact me at 937-503-2783 or don.salvatore@afit.edu.

DON R. SALVATORE, Lt Col, USAF
Section Commander, AU Det 1

Member Acknowledgement:

_____
Member Signature

**Patient:** Hunter Doster
**Visit Date:** 7/28/2021

# minute clinic®

## Patient Visit Receipt

| | | | |
|---|---|---|---|
| **Practitioner:** | STURGIS, ALISON OH3458, BEAVERCREEK | **Federal Tax ID:** | 20-3113336, 20-3113336 |
| **Clinic Address:** | 1331 N FAIRFIELD RD BEAVERCREEK OH 45432 | **POS Code:** **Group NPI:** | 11 1699747303, 1699747303 |

### General Patient Information

| | | | |
|---|---|---|---|
| **Patient:** | Hunter Doster | **Patient ID:** | 6647 |
| **Home Phone:** | There is no home phone number on file. | **Visit ID:** | 461241444 |
| **Patient DOB:** | 1997 | **Primary Care Provider:** | NONE |
| **Patient Address:** | | | |

### Detailed Charges

86328 IA NFCT AB SARSCOV2 COVID19, mod QW                    x 1        $33.00

Diagnoses:                    Patient part
Z11.52

## Payment Summary
Transaction Type: SALE

## Payment Sources

American Express x                                              $33.00

Authorization number:828868
Application ID:A000000025010801
Application Name:AMERICAN EXPRESS
Card Entry Mode:Chip read
Card Holder Verfication:5E0300
Terminal Verification Results:0800008000
Issuer Application Data:06590103A02000
Transaction Status Information:E800
Application Response Code:approved

---

We want your feedback!
If you have opted in to complete a survey by providing us with your email address you will automatically receive an email to complete a brief Patient Experience Survey in 24 hours. It only takes a few minutes to complete. Please have this Patient Visit Receipt available when you take the survey. Thank you!

For information or questions regarding this visit, please contact MinuteClinic at 866-389-ASAP (2727). If you feel MinuteClinic has not addressed your concern, you may contact the Joint Commission via their website: jointcommission.org

#### COVID 19 Antibody IgG/IgM Rapid POC Test: Patient Communication

Released      ✕ Not seen

# Results

COVID 19 Antibody IgG/IgM Rapid POC Test (Order 532765866)

**COVID 19 Antibody IgG/IgM Rapid POC Test**    Order 532765866
Status: Final result  Visible to patient: No (inaccessible in CVS Health MyChart) Next appt None Da
Encounter for screening for COVID-19

| Component | 7/28/21 0937 |
|---|---|
| IgG Covid19 Antibody | Positive |
| IgM Covid19 Antibody | Negative |
| INTERNAL CONTROLS VALID | Yes--Test working appropriately |
| Expiration Date | 04/30/2022 |
| Lot Number | COV20040085 |
| Test Brand | Premier Biotech |

Specimen Collected: 07/28/21 09:37     Last Resulted: 07/28/21 09:37

Order Details   View Encounter   Lab and Collection Details   Routing   Result History

**Result Care Coordination**

Patient Communication

Released      ✕ Not seen

### Patient Demographics

| Patient Name | Legal Sex | DOB | SSN | Address | Phone |
|---|---|---|---|---|---|
| Doster, Hunter | Male | 1997 | | | |

### Lab Information

Lab
MC POCT 2087
1331 N FAIRFIELD RD
BEAVERCREEK OH 45432

#### COVID 19 Antibody IgG/IgM Rapid POC Test [532765866] (Abnormal)

Resulted: 07/28/21 0937, Result status: Final result

Ordering provider: Jessika Taylor, LPN 07/28/21 0937    Resulting lab: MC POCT 2087

Doster, Hunter (MRN 00000000-0237-0507-7116-D77D8DA682BA) Printed by Alison S... Page 1 of 2

## Components

| Component | Value | Flag |
|---|---|---|
| IgG Covid19 Antibody | Positive | — |
| IgM Covid19 Antibody | Negative | — |
| INTERNAL CONTROLS VALID | Yes--Test working appropriately | — |
| Expiration Date | 04/30/2022 | — |
| Lot Number | COV20040085 | — |
| Test Brand | Premier Biotech | — |

| Specimen Date Taken | Specimen Time Taken | Specimen Received Date | Specimen Received Time | Result Date | Result Time |
|---|---|---|---|---|---|
| Jul 28, 2021 | 9:37 AM | | | Jul 28, 2021 | 9:37 AM |



**DEPARTMENT OF THE AIR FORCE**
**AIR EDUCATION AND TRAINING COMMAND**

JAN 0 6 2022

MEMORANDUM FOR  SECOND LIEUTENANT HUNTER G. DOSTER

FROM:  HQ AETC/CC
      1 F Street, Suite 1
      JBSA Randolph TX  78150-4324

SUBJECT: Decision Regarding Religious Accommodation Request

    I have received your accommodation request for exemption from the COVID-19 immunization requirement based on your religious beliefs.  After careful consideration of the specific facts and circumstances, I deny your request for exemption from Air Force COVID-19 immunization standards based on the recommendations from your chain of command and the Religious Resolution Team (any other religious exemption that you seek must be addressed in a separate, specific request).  A copy of this decision memorandum will be placed in your automated personnel records.

    I thoroughly reviewed your request, examined the comments and recommendations from the functional and legal experts, and considered the impact on you personally, the Airmen with whom you work and the mission.  I find that your request, while sincere, does not meet the threshold necessary for an exemption.

    First, the Air Force's compelling government interest outweighs your individual belief and no lesser means satisfy the government's interest.  For the past 18 months, the Air Education and Training Command fought through the COVID pandemic by implementing several extreme measures and processes to ensure the health, safety and welfare of our Airmen.  These measures included maximum telework, workplace occupancy limitations, extreme adjustments to Basic Military Training to include multiple training sites and modified training, and remote learning for most Professional Military Education to name just a few actions.  Similar measures for the medical community included telehealth consultations and reduced in-person appointments.  Despite these efforts, the Air Force remained in this posture until vaccinations became available and administered, and only then did our pandemic numbers begin to decrease.  Continuing to implement these drastic measures detracts from the readiness, efficiency and good order and discipline of the force, and is unsustainable as the long-term solution.

    When I reviewed your request, I used the same method as I did for requests from other similarly situated individuals, taking into account factors such as your duty position and rank.  In your particular position, Masters Student at Air Force Institute of Technology, you will soon complete your coursework and will be transferring to the Air Force Research Laboratory where you will be required to interact with staff in-person.  As such, there is a compelling government interest for you to receive the vaccine.  An exemption will create the perception of favoritism, detracting from good order and discipline.  Your personal lack of readiness will impact your

ability to deploy, perform temporary duties away from your home station, and be transferred overseas. Even if you are permitted to travel on official orders with an exemption, your ability to perform the mission may be limited due to restriction of movement and isolation requirements that are inapplicable to vaccinated members. Finally, failure to receive the vaccine increases the risk to your own personal health and safety and that of those around you.

Lesser means to accomplish the government's compelling interest are insufficient. You cannot achieve your duty objectives at the Air Force Research Laboratory via telework or social distancing. As a junior officer, hands-on supervision and guidance from your leadership is also necessary for your professional development. Further, your ability to lead and mentor subordinates is not as effective if you must interact virtually or while remaining socially distanced. Finally, mask wear alone is an insufficient intervention.

Upon receipt of this decision, I expect you will take every action necessary to comply with the requirement for COVID-19 immunization as soon as possible. You have five (5) calendar days from receipt of this memorandum to accomplish one of the following: (1) receive an approved COVID-19 vaccination and provide proof of vaccination to your commander; (2) submit for retirement or separation; or (3) appeal this decision to the Air Force Surgeon General. Should you elect to appeal this decision, follow the procedures in AFI 52-201, *Religious Freedom in the Department of the Air Force*, Chapter 6. If you appeal this decision, submit your appeal to your commander in writing. Include in your appeal any additional matters you wish for the AF/SG to consider. Your commander will forward your appeal and any additional matters to HQ AETC/SG for further processing.

If you have any questions, contact HQ AETC/HC at 210-652-3822 (DSN 487), or email at aetc.hc@us.af.mil.

MARSHALL B. WEBB
Lieutenant General, USAF
Commander

cc:
Member's Unit
Member's Servicing FSS



**DEPARTMENT OF THE AIR FORCE**
**AIR UNIVERSITY (AETC)**

18 January 2022

MEMORANDUM FOR  AF/SG (Lt Gen Robert I. Miller)


FROM:  Hunter G. Doster, 2d Lt, USAF
         AFIT/ENG
         2950 Hobson Way
         Wright-Patterson AFB OH 45433

SUBJECT:  Appeal of Religious Accommodation Request for Immunization

Reference: (a) AFI 48-110_IP 7 September 2021, *Immunizations and Chemoprophylaxis for prevention of Infectious Disease*
         (b) DAFI 52-102 23 June 2021, *Religious Freedom in the Department of the Air Force*

Sir:

1.  I respectfully request an appeal for a waiver of the immunization requirements directed by Air Force Instruction (AFI) 48-110_IP, *Immunizations and Chemoprophylaxis for Prevention of Infectious Disease,* to be exempt from receiving any COVID-19 Vaccinations. This request is based on my religious and personal beliefs, which conflict with the requirement.

    a)  My DOD ID number is ██████2638
    b)  My Specialty Code is 62E1C
    c)  My unit of assignment is AFIT/ENG
    d)  My faith group of preference is Christian

2.  This request is an appeal in response to the denial of my religious accommodation request for the COVID-19 Immunization mandate. I want to preface that the preparation of this appeal was made under significantly difficult circumstances.  The Air Force was given 4 months to make their decision, and I am only afforded 7 days after a 48 hour extension to tender the appeal.  I was not allowed access to the documents in my package which were used by the AETC commander to make their decision.  Without these documents, this appeal is made with inadequate references.

3.  The request is based on the burden this vaccine will cause on the ability to exercise my religious beliefs as a Born-Again Christian. I am a Christian, and I believe that Jesus Christ died on the cross to redeem my soul, and in so doing established a new covenant between God and man.  This new covenant, outlined in the Old and New Testament of

the Bible, established many moral and spiritual principles that I must live by as a follower of Christ. Two foundational components of this New Covenant are that all life is created by God and is therefore sacred and that I am the Temple of the Lord because God's Spirit, The Holy Spirit, dwells in me. Due to these bedrock principles of my faith, I cannot in good conscience take the currently available COVID-19 Vaccinations because of their ties with aborted fetal tissue. I believe abortion is evil, and I have been charged by God to stand up against any evil such as abortion. God charges me to take care of my temple, so the ability to control what goes in and out of my body is essential to the practice of my beliefs. I cannot allow myself to benefit from an abortion. I understand that every vaccine currently on the market involves the use of these fetal cells either in testing, or production. Therefore, receiving these immunizations will severely burden the ability to exercise my beliefs. In short, the COVID-19 immunization mandate does not allow me to freely and openly worship my God with my life and body (see Attachment 1). Although my denial affirms my beliefs are sincerely held (see Attachments 2 and 3), the request was denied due to military readiness, good order and discipline, and health and safety.

4. The denial (Attachment 2) states, "First, the Air Force's compelling government interest outweighs your individual belief and no lesser means satisfy the government's interest." Contrary to this premise, as of 03 January 2022 (see attachment 4), the Air Force has approved 1,792 medical waivers and 2,177 administrative waivers. This statistic demonstrates the Air Force can achieve the compelling government interests with approved COVID-19 Immunization waivers. This same document reveals a total force vaccination rate of 95.6%. Therefore, readiness is achievable under a COVID-19 Immunization waiver approval.

5. As reflected in attachment 6, I have previously been infected with COVID-19, and, as a consequence, have documented antibodies. Existing and emerging medical literature suggests robust and potentially long-lasting natural immunity from these types of infections and with these antibodies.[1] If requested, I would be happy to obtain a follow up antibody test to demonstrate current antibodies and immunity. And, while I understand a preference for vaccination, and wish that there were current vaccines available that were consistent with my beliefs, the prior infection and natural immunity does suggest meeting the interests proffered by the Air Force for the vaccination mandate.

6. The DAFI 52-201 Section 2.4 states, "Any restriction on the expression of sincerely held beliefs must use the least restrictive means with respect to the applicant to achieve the compelling governmental interest." By granting medical and administrative exemptions, the Air Force demonstrates there is a less restrictive means other than denial of my requested accommodation to accommodate my sincerely held beliefs.

---

[1] https://www.nejm.org/doi/full/10.1056/NEJMc2110300 (last visited 1/14/2022); Recent press releases from the European Medicines Agency (EMA) suggests concern over the need for multiple boosters, and recent research showing omicron infection conferring natural immunity, https://www.rfi.fr/en/europe/20220112-omicron-could-offer-natural-covid-immunity-without-need-for-boosters-says-ema (last visited 1/14/2022).

7. Even a temporary approval, for as long as I am able to demonstrate current antibodies, is less restrictive than denial. By granting temporary exemptions due to pregnancy or recent COVID infection (which itself recognizes that concept of natural immunity), the Air Force demonstrates it can achieve the government compelling interests with temporary exemptions.

8. The denial states, "In your particular position, Masters Student at Air Force Institute of Technology, you will soon complete your coursework and will be transferring to the Air Force Research Laboratory where you will be required to interact with staff in-person. As such, there is a compelling government interest for you to receive the vaccine." While at AFIT, I am non-deployable and all classes and research are achievable virtually. I graduate March 24, 2022 so a least restrictive means would include a temporary exemption approval until I am no longer at AFIT. In demonstrating temporary exemptions for medical reasons, the Air Force is able to achieve its interest with a temporary exemption in this case. Therefore, at a minimum a temporary exemption for my duration at AFIT would be less restrictive than a denial.

9. The DAFI 52-201 Section 2.7 states, "If after thorough analysis of the above factors, the religious accommodation of Airmen or Guardian cannot be met, administrative actions that may be considered include reassignment, reclassification…". In demonstrating readiness is achievable at AFIT during this time, the least restrictive means would include reassignment or reclassification to a work environment such as AFIT where readiness was achievable under COVID restrictions. Also, the fluidity of the COVID situation provides evidence for a potential future solution to achieve readiness while at AFRL. There are new remedies being developed which may satisfy my religious beliefs and meet the Air Force's stated interest's. Therefore, a new solution to better achieve military readiness may arise before I am transferred there in a few months, so a temporary approval would be another means to achieve the least restrictive accommodation for my religious beliefs.

10. The denial states, "An exemption will create the perception of favoritism, detracting from good order and discipline. In demonstrating the 1,792 medical waivers and 2,177 administrative waivers, the Air Force has demonstrated that there is no perception of favoritism at work, and further shows good order and discipline is achievable with COVID-19 Immunization waivers. One might also observe that there is no statutory (or Constitutional) protections regarding these administrative or medical waivers, but such protections do exist for religious waivers. And the blanket denial of every religious waiver submitted so far, with the granting of medical and religious waivers, can easily be argued to be hostility towards religion.

11. The denial states, "For the past 18 months, the Air Education and Training Command fought through the COVID pandemic by implementing several extreme measures and processes to ensure the health, safety and welfare of our Airmen. These measures included maximum telework, workplace occupancy limitations, extreme adjustments to Basic Military Training to include multiple training sites and modified training, and remote learning for most Professional Military Education to name just a few actions.

Similar measures for the medical community included telehealth consultations and reduced in-person appointments. Despite these efforts, the Air Force remained in this posture until vaccinations became available and administered, and only then did our pandemic numbers begin to decrease. Continuing to implement these drastic measures detracts from the readiness, efficiency and good order and discipline of the force, and is unsustainable as the long-term solution." Over a year after the vaccines were made available to the public and with over 97 % of the Active-Duty Air Force Vaccinated, Wright-Patterson AFB where my current and next duty stations (AFIT then AFRL) are, is still under HPCON Delta with 15 % capacity (see attachment 5). The move to HPCON Delta shows the high vaccination status does not improve the COVID Protocols implemented over the pandemic. This exemption request should be approved under least restrictive means because the vaccine has not improved the COVID workplace operating procedures.

12. The denial states, "Finally, failure to receive the vaccine increases the risk to your personal health and safety and that of those around you." As previously documented, I have natural immunity from the COVID virus, and I have a genetic mutation which makes me more susceptible to blood clots (See attachments 6, 7, and 8). Taking the vaccine has the potential to impose more risk to my personal health than benefit due to my genetic mutation which makes me more susceptible to blood clots. The rise of the omicron variant shows that transmission among the vaccinated are frequent. Given I have natural immunity and the vaccinated spread the virus considerably and the transmission of the virus among vaccinated has increased with new variants and this trend is likely to continue, I am no more a risk to those around me than those with the COVID-19 vaccination.

13. The denial states, "Lesser means to accomplish the government's compelling interest are insufficient. You cannot achieve your duty objectives at the Air Force Research Laboratory via telework or social distancing. As a junior officer, hands-on supervision and guidance from your leadership is also necessary for your professional development. Further, your ability to lead and mentor subordinates is not as effective if you must interact virtually or while remaining socially distanced." While at AFIT, I have accomplished the Air Force's mission as a junior grade officer. I have received and provided effective supervision and guidance in my duty. Others, who are not students, have successfully provided everything necessary for professional development virtually or with social distancing. Therefore, the least restrictive means to accommodate my exemption could simply be to grant the requested accommodation.

                                        HUNTER G DOSTER, 2D LT, USAF
                                        Student, AFIT/ENG


3 Attachments:

1. Religious Accommodation Request
2. Exemption Denial
3. Chaplain Recommendation
4. Air Force Waiver Status Statistics
5. FPCON Delta Notification
6. Antibody Test
7. Gene Mutation Test
8. Doctor's opinion on gene mutation and CV



**DEPARTMENT OF THE AIR FORCE**
**AIR UNIVERSITY (AETC)**

07 September 2021

MEMORANDUM FOR  AETC/CC (Lt Gen Marshall B. Webb)

FROM:  Hunter G. Doster, 2d Lt, USAF
AFIT/ENG
2950 Hobson Way
Wright-Patterson AFB OH 45433

SUBJECT:  Religious Accommodation Request for Immunization

Reference: (a) AFI 48-110_IP 7 September 2021, *Immunizations and Chemoprophylaxis for prevention of Infectious Disease*
(b) DAFI 52-102 23 June 2021, *Religious Freedom in the Department of the Air Force*

1.  I request a waiver of the immunization requirements directed by Air Force Instruction (AFI) 48-110_IP, *Immunizations and Chemoprophylaxis for Prevention of Infectious Disease,* to be exempt from receiving any COVID-19 Vaccinations. This request is based on my religious and/or personal beliefs, which conflict with the requirement.

    a) My DOD ID number is ▇▇▇2638
    b) My Specialty Code is 62E1C
    c) My unit of assignment is AFIT/ENG
    d) My faith group of preference is Christian

2.  This request is based on the burden this vaccine will cause on the exercise of my religious beliefs as a Born-Again Christian. I am a Christian, and I believe that Jesus Christ died on the cross to redeem my soul, and in so doing established a new covenant between God and man.  This new covenant, outlined in the Old and New Testament of the Bible, established many moral and spiritual principles that I must live by as a follower of Christ. Two foundational components of this New Covenant are that all life is created by God and is therefore sacred and that I am the Temple of the Lord because God's Spirit, The Holy Spirit, dwells in me.  Due to these bedrock principles of my faith, I cannot in good conscience take the COVID-19 Vaccinations because of their ties with aborted fetal tissue, and my beliefs in the spiritual gift of healing. I believe abortion is evil, and I have been charged by God to stand up against any evil such as abortion.  Therefore, receiving these immunizations will burden the exercise of my beliefs as I will not allow myself to benefit from any abortion.  Furthermore, these immunizations will hinder my ability to walk in the Spiritual gift of healing, placing an enormous burden on the exercise of my

religious beliefs. In short, the COVID-19 immunization mandate does not allow me to freely and openly worship my God with my life and body (see Attachment 1). I understand I must attend an in-person interview with a Department of the Air Force Chaplain as part of the process for requesting a religious accommodation. I am in contact with the chaplains at Wright-Patterson AFB, particularly Chaplain Swenson. They are still working through the process for scheduling an interview and have instructed me to stand by while they sort things out.

3. If my request is disapproved, I understand that I must comply with my commands decision to handle the situation in lieu of DAFI 52-201 section 2.7 which states, "If, after a thorough analysis of the above factors, the religious accommodation of Airmen or Guardian cannot be met, administrative actions that may be considered include reassignment, reclassification, or voluntary separation." I understand that an approved accommodation may be suspended, modified, or revoked by appropriate authorities when required by military necessity. The point of contact for this request is the undersigned at (678) 644-0265 or hunter.doster@afit.edu.

HUNTER G DOSTER, 2D LT, USAF
Student, AFIT/ENG

3 Attachments:
1. Full Reason for Exemption
2. Letter from Reverend Tanton
3. Letter from Pastor Isaacs

ATTACHMENT 1: FULL REASON FOR REQUEST

I am unable to receive any of the COVID-19 vaccinations because of the burden they would create on my religious and moral beliefs. I am a Christian, and I believe that Jesus Christ died on the cross to redeem my soul, and in so doing established a new covenant between God and man. This new covenant, outlined in the Old and New Testament of the Bible, established many moral and spiritual principles that I must live by as a follower of Christ. Two foundational components of this New Covenant are that all life is created by God and is therefore sacred and that I am the Temple of the Lord because God's Spirit, The Holy Spirit, dwells in me. Due to these bedrock principles of my faith, I cannot in good conscience take the COVID-19 Vaccinations because of their ties with aborted fetal tissue, and my beliefs in the spiritual gift of healing. Thus, the COVID-19 vaccine mandate has created an enormous burden on my ability to exercise my religious belief, violating my rights protected by the 1st Amendment to the US Constitution.

John 1:3 states, "Through him all things were made; without him nothing was made that has been made." Psalm 139:13-16 states, "For you created my inmost being; you knit me together in my mother's womb. I praise you because I am fearfully and wonderfully made; your works are wonderful, I know that full well. My frame was not hidden from you when I was made in the secret place, when I was woven together in the depths of the earth. Your eyes saw my unformed body; all the days ordained for me were written in your book before one of them came to be." Job 10:10-12 states, "Did you not pour me out like mil and curdle me like cheese, clothe me with skin and flesh and knit me together with bones and sinews? You gave me life and showed me kindness, and in your providence watched over my spirit." Jeremiah 1:5 states, "Before I formed you in the womb I knew you, before you were born I set you apart; I appointed you as a prophet to the nations."

These scriptures show that in my faith, Human life is created by God, sacred, and begins before birth. My Lord cares very much about me and all human life. He took great care in crafting each and every one of us. Therefore, human life is among the most important things to protect as a follower of Christ. God cares so much for us that He sent His only Son, so that after He was done creating us, we can live in eternal relationship with Him. John 3:16: "For God so loved the world that he gave his one and only Son, that whoever believes I him shall not perish but have eternal life." Therefore, attack on human life is an evil act, and it is my responsibility to not participate and fight against such crimes. Abortion is one of these crimes. Proverbs 6:16-17: "There are six things the Lord hates, seven that are detestable to him: haughty eyes, a lying tongue, hands that shed innocent blood,". I believe that life begins at conception, and my testimony shows the severity of my belief.

I was born through In Vitro Fertilization (IVF) because my parents were unable to have a child the natural way. In IVF, the father's sperm and the mother's eggs are combined outside the body to form an embryo. These embryos are then injected into the mother's uterus to increase the chances of having a child. Sometimes, the embryos are frozen first if they are going to be used for a later pregnancy. I was one of these frozen embryos. My mother did not get pregnant with the first batch of embryos, so I was brought of the freezer, injected in, and 9 months later

was born in Atlanta, Georgia. I was the only child my parents were able to have through this process, and I am very grateful for this medical procedure. Because of my story and my beliefs, it grieves me when people do not believe conceived life is human life. To help people in tough situations where abortion is a consideration, my wife and I are very involved in the pro-life movement. My wife works full time for the non-profit Save The Storks which aims to provide the resources a mother needs to choose life. Given my story, it upset me to hear that all three COVID-19 Vaccines, Johnson & Johnson, Moderna, and Pfizer, used aborted fetal tissue in the development of their vaccines. Specifically, Pfizer and Moderna used cell lines from aborted fetal tissue to test the efficacy of their vaccines during clinical trials, and the Johnson & Johnson vaccine used fetal cell cultures to produce and manufacture the vaccine.

Because of the techniques used to approve and manufacture these vaccines, receiving one would greatly burden my ability to exercise my religious beliefs. God has called me to be the best steward I can be with the life He gave me: Colossians 3:23: "Whatever you do, work heartily, as for the Lord and not for men,". I believe the use of aborted fetal tissue is an escalating issue in the medical field, and that it is my duty as a follower of Christ to take a stand. So, to the best of my ability, I will not allow myself to benefit from an abortion.

Because I am made in His image, God has commanded me to Honor him with my body. The right to control what goes in or out of my body is an imperative right I need to exercise this belief. 1 Corinthians 6:20 "you were bought at a price. Therefore, honor God with your bodies." Romans 12:1 "Therefore, I urge you, brothers and sisters, in view of God's mercy, to offer your bodies as a living sacrifice, holy and pleasing to God – this is your true and proper worship." Being forced to receive a vaccine developed and tested with aborted fetal tissue would place an enormous burden on my ability to honor and worship God with my body.

Furthermore, I believe that I am the Temple of the Lord because The Holy Spirit lives inside me. 1 Corinthians 3:16: "Do you not know that you are God's temple and that God's Spirit dwells in you?" (ESV). I am also made in His image, and He calls me His son. Genesis 1:27: "So God created mankind in his own image, in the image of God he created them; male and female he created them." Galatians 4:6 "Because you are sons, God has sent forth the Spirit of His Son into our hearts, crying, "Abba! Father!" Because of these parts of my faith, I believe that God made my body strong, able to heal, and that it is my duty as a follower of Christ to care for my body.

Since I am His Temple, God has designed my body to fight off disease and heal. He has put his Holy Spirit inside us and given us the gift of healing. By receiving this vaccine, I am not only dishonoring God with my body by participating in this evil act of abortion, but I am neglecting the gift of healing. James 5:14-15, "Is anyone among you sick? Let them call the elders of the church to pray over them and anoint them with oil in the name of the Lord. And the prayer offered in faith will make the sick person well; the Lord will raise them up. If they have sinned, they will be forgiven." Receiving this vaccine will place a heavy burden on the ability to worship God with my body and walk in faith according to the gift of healing.

In conclusion, taking the COVID-19 vaccinations would violate my religious and moral beliefs. The COVID-19 Immunization mandate creates a heavy burden on the ability to exercise

my faith. I cannot in good conscience take this vaccine. Not being free to openly worship my God with my life and body would create mistrust between myself and the DoD. I am thankful to belong to a country that values religious freedom and has a military with religious exemptions to accommodate dedicated service men and women's beliefs.

ATTACHMENT 2: LETTER FROM PASTOR ISAACS

To whom it may concern,

I am writing this letter to inform you that the young man that is requesting a religious exemption is someone that I have personally helped as a spiritual mentor. I have been in the ministry for over 30 years. I have served as a pastor, campus pastor, national speaker, and as an executive in 2 faith-based nonprofit ministries. I presided over his marriage ceremony. I believe that he is one that the United State Air Force must hold on to if they wish to retain leaders of character and conviction. And that is why I write to you.

Hunter is a Christian. To be clear, there are many who claim that they are Christians who are "Christian" in name only. That is not who Hunter is. His relationship with the Person of Jesus Christ affects every decision he makes and every relationship he is a part of. It affects how he works, interacts with people, how he leads. It affects everything. One of the most deeply held beliefs that he holds in the sanctity of life. To him and his wife (and to anyone who understands the Scriptures) abortion is wrong. Aborted babies were used in the development of each of the COVID-19 vaccines. Careful research shows that. To benefit from the murder and experimentation of aborted babies would be akin to using medicine from experimentation on Jews during the Holocaust. Not only is this against the Nuremberg Code, it is in violation of his convictions. You see, many can live in disharmony to their "stated beliefs." One cannot go against their convictions. It is impossible. Another example would be to take the human organs illegally being harvested by the Chinese Uyghurs. These are crimes against humanity that are currently taking place in China. Abortions are crimes against humanity occurring in the US. To personally benefit from these egregious acts in unconscionable to Hunter and his wife, as well.

Romans 12:1-2 says "Therefore, I urge you, brothers and sisters, in view of God's mercy, to offer your bodies as a living sacrifice, holy and pleasing to God—this is your true and proper worship. Do not conform to the pattern of this world, but be transformed by the renewing of your mind. Then you will be able to test and approve what God's will is—his good, pleasing and perfect will." Hunter and those of strong character like him do not go with the flow of culture. They cannot. Their "authority" is not based on changing political parties and social trends. He does not look to Hollywood or DC for his authority. He looks to the Scriptures. Very rarely will this cause him to have to stand against a command. But when the command clearly violates his source of ultimate authority, he must defer to his ultimate authority.

As with all other diseases and viruses, Hunter's body is equipped to fight them best with his own immune system and other supplements that he naturally uses for his personal health. Eating right, daily exercise, proper rest, and other health habits are equally effective in fighting virtually all viruses.

Put simply, being forced to benefit from the taking of a life of a child by taking this vaccine will cause a burden on Hunter's ability to practice his faith with a clear conscience before a Holy God. And that God is His highest authority. Hunter is an exemplary officer. He is a graduate of The United States Air Force Academy. He was and is worth the investment that has been

Atch 2 (1 of 2)

afforded him in making him an officer. The Air Force needs 50,000 Hunter Dosters, leading and following to make our country safe. I am asking that you strongly and advisedly afford him the opportunity to live according to his deeply held religious convictions by granting him an exemption to these vaccines.

Sincerely,

Paul Isaacs, Minister of the Gospel

## ATTACHMENT 3: LETTER FROM REVEREND TANTON

To whom it may concern,

My name is Patrick Tanton, and I am the Senior Pastor of TimberCreek Church in Colorado Springs. I am writing to confirm and verify the convictions and beliefs of my good friend Hunter Doster.

What Hunter has shared is not only his written position, but his lived-out convictions. As one of his pastors, I have known him as a devout follower of Jesus and the Holy Scriptures. He has proven to not only follow his beliefs when it's convenient, but also when it puts him outside the status quo. These are not only his personal convictions, but the beliefs of millions of Christ followers worldwide based on the Word of God captured in the Holy Scriptures. I am thankful for a country that allows me to live out my faith.

This mandate of vaccination puts a tremendous burden on all those who hold such strong convictions.

The Holy Scriptures tell us that...

God created our bodies as temples of the Spirit of God and that we are to steward them well. (1 Corinthians 6:19-20)

God created us and knit us together in our mother's womb. (Psalm 139:13)

To put anything in our bodies is a serious personal issue, and no one should be forced to do it. The fact that these vaccinations came through aborted fetal tissue testing makes it even more of an assault on the Christian faith.

I personally have chosen to not take the vaccine and I support Hunter in his conviction as well.

Respectfully,

Reverend Patrick Tanton

Atch 3



**DEPARTMENT OF THE AIR FORCE**
**AIR EDUCATION AND TRAINING COMMAND**

JAN 0 6 2022

MEMORANDUM FOR  SECOND LIEUTENANT HUNTER G. DOSTER

FROM:  HQ AETC/CC
     1 F Street, Suite 1
     JBSA Randolph TX  78150-4324

SUBJECT: Decision Regarding Religious Accommodation Request

    I have received your accommodation request for exemption from the COVID-19 immunization requirement based on your religious beliefs.  After careful consideration of the specific facts and circumstances, I deny your request for exemption from Air Force COVID-19 immunization standards based on the recommendations from your chain of command and the Religious Resolution Team (any other religious exemption that you seek must be addressed in a separate, specific request).  A copy of this decision memorandum will be placed in your automated personnel records.

    I thoroughly reviewed your request, examined the comments and recommendations from the functional and legal experts, and considered the impact on you personally, the Airmen with whom you work and the mission.  I find that your request, while sincere, does not meet the threshold necessary for an exemption.

    First, the Air Force's compelling government interest outweighs your individual belief and no lesser means satisfy the government's interest.  For the past 18 months, the Air Education and Training Command fought through the COVID pandemic by implementing several extreme measures and processes to ensure the health, safety and welfare of our Airmen.  These measures included maximum telework, workplace occupancy limitations, extreme adjustments to Basic Military Training to include multiple training sites and modified training, and remote learning for most Professional Military Education to name just a few actions.  Similar measures for the medical community included telehealth consultations and reduced in-person appointments. Despite these efforts, the Air Force remained in this posture until vaccinations became available and administered, and only then did our pandemic numbers begin to decrease.  Continuing to implement these drastic measures detracts from the readiness, efficiency and good order and discipline of the force, and is unsustainable as the long-term solution.

    When I reviewed your request, I used the same method as I did for requests from other similarly situated individuals, taking into account factors such as your duty position and rank.  In your particular position, Masters Student at Air Force Institute of Technology, you will soon complete your coursework and will be transferring to the Air Force Research Laboratory where you will be required to interact with staff in-person.  As such, there is a compelling government interest for you to receive the vaccine.  An exemption will create the perception of favoritism, detracting from good order and discipline.  Your personal lack of readiness will impact your

ability to deploy, perform temporary duties away from your home station, and be transferred overseas. Even if you are permitted to travel on official orders with an exemption, your ability to perform the mission may be limited due to restriction of movement and isolation requirements that are inapplicable to vaccinated members. Finally, failure to receive the vaccine increases the risk to your own personal health and safety and that of those around you.

Lesser means to accomplish the government's compelling interest are insufficient. You cannot achieve your duty objectives at the Air Force Research Laboratory via telework or social distancing. As a junior officer, hands-on supervision and guidance from your leadership is also necessary for your professional development. Further, your ability to lead and mentor subordinates is not as effective if you must interact virtually or while remaining socially distanced. Finally, mask wear alone is an insufficient intervention.

Upon receipt of this decision, I expect you will take every action necessary to comply with the requirement for COVID-19 immunization as soon as possible. You have five (5) calendar days from receipt of this memorandum to accomplish one of the following: (1) receive an approved COVID-19 vaccination and provide proof of vaccination to your commander; (2) submit for retirement or separation; or (3) appeal this decision to the Air Force Surgeon General. Should you elect to appeal this decision, follow the procedures in AFI 52-201, *Religious Freedom in the Department of the Air Force*, Chapter 6. If you appeal this decision, submit your appeal to your commander in writing. Include in your appeal any additional matters you wish for the AF/SG to consider. Your commander will forward your appeal and any additional matters to HQ AETC/SG for further processing.

If you have any questions, contact HQ AETC/HC at 210-652-3822 (DSN 487), or email at aetc.hc@us.af.mil.

MARSHALL B. WEBB
Lieutenant General, USAF
Commander

cc:
Member's Unit
Member's Servicing FSS



**DEPARTMENT OF THE AIR FORCE**
HEADQUARTERS 88TH AIR BASE WING (AFMC)
WRIGHT-PATTERSON AIR FORCE BASE, OHIO

1 October 2021

MEMORANDUM FOR AETC/CC

FROM: Chaplain, Major Krista D. Ingram

SUBJECT: Religious Accommodation Request for 2d Lt Hunter G. Doster

1. On Thursday, 30 September, 2021, I spoke with Lt Doster to discuss his religious accommodation request for exemption from the USAF COVID-19 vaccination requirements.

2. Lt Doster is a devout Christian and leader in his church. He was a worship leader at Timber Creek Church in Colorado Springs, Colorado, and also led a men's group in worship and study at the United States Air Force Academy. Currently, he and his wife are members of LifePoint Church in Kettering where they lead the young adult group and volunteer with the youth program. Lt Doster and his wife have a strong faith in God and are vehemently against abortion, believing life begins at conception. Mrs. Doster stands firm in her commitment to life by working at a pro-life, non-profit organization. Lt Doster was himself conceived outside of his mother's womb via IVF; his belief that life begins at conception is both personal and painful.

3. The past year was an eye-opening experience for Lt Doster. While researching the COVID-19 vaccines he discovered they were brought to market using fetal cell lines. Lt Doster cannot, in good conscience and according to his faith, consume or utilize a product linked to abortion. He and his wife have already begun to research a myriad of products and implement various lifestyle changes based on their faith tenets.

4. Current vaccination requirements place a substantial burden on Lt Doster's free exercise of religion by requiring him to participate in an activity prohibited by his sincerely held beliefs. He will submit religious accommodation requests for other vaccinations as they are necessary, and he is prepared to choose obedience to God over military service.

5. Lt Doster's sincerely held religious beliefs are not sufficiently burdened by either the current federal guidelines for continued mask wear or routine COVID testing, and he is amenable to either or both options.

6. I recommend granting Lt Doster's religious accommodation request due to the overwhelming presence of sincerely held religious beliefs in opposition to the COVID-19 vaccine.

7. If you have any questions please contact me at krista.ingram.1@us.af.mil or 937-904-0524.

INGRAM.KRISTA
.D.1168686729
Digitally signed by
INGRAM.KRISTA.D.1168686729
Date: 2021.10.04 17:17:52
-04'00'

KRISTA D. INGRAM, Ch, Maj, USAF
Branch Chief, 88 ABW/HC



# DAF COVID-19 Statistics - Jan. 4, 2022

 

Published Jan. 4, 2022
Secretary of the Air Force Public Affairs

**WASHINGTON (AFNS) --** Below are current <u>coronavirus disease 2019</u> statistics for Department of Air Force personnel:

Jan. 4, 2022
Current as of 2p.m., Jan. 3, 2022

| DAF TOTAL STATS* | | | | |
|---|---|---|---|---|
| | CASES | HOSPITALIZED | RECOVERED | DEATHS |
| Military | 49,302 | 24 | 46,568 | 6 |
| Civilian | 15,050 | 23 | 14,307 | 105 |
| Dependents | 13,371 | 4 | 12,921 | 8 |
| Contractors | 4,359 | 8 | 4,200 | 29 |
| **Total** | 82,082 | 59 | 77,996 | **148** |

*These numbers include all of the cases that were reported since our last update on Dec. 21.

| DAF TOTAL VACCINATED | | | | |
|---|---|---|---|---|
| | ACTIVE DUTY | GUARD | RESERVE | TOTAL FORCE |
| % Partially Vaccinated | 0.2% | 0.7% | 0.7% | 0.4% |
| % Fully Vaccinated | 97.4% | 91.7% | 91.6% | 95.4% |

| DAF APPROVED EXEMPTIONS | | | | |
|---|---|---|---|---|
| | ACTIVE DUTY | GUARD | RESERVE | TOTAL FORCE |
| Medical | 842 | 574 | 376 | 1,792 |
| Administrative | 103 | 1,593 | 481 | 2,177 |

| RELIGIOUS ACCOMMODATION REQUESTS | | |
|---|---|---|
| | MAJCOM/FLDCOM | DAF/APPEALS |
| Pending | 1,824 | 129 |
| Approved | 0 | 0 |
| | 195 | |

Skip to main content (Press Enter).



**Unvaccinated:** All those who have verbally refused, have not started the vaccination process or are erroneously coded. <u>Does not include those who have approved exemptions.</u>

**Medical:** Medical exemptions are determined individually by the member's medical provider.

**Administrative:** Administrative exemptions are determined individually. For example, if a member obtained a commander-approved submission for separation or retirement by Nov. 1, they are administratively exempt.

**Religious Accommodation:** Religious accommodations are a subset of administrative exemptions and are determined by the MAJCOM/FLDCOM commanders. The DAF has 30 business days (active component in CONUS) to process requests. Appeals are determined by the DAF's Surgeon General with inputs from the chaplain and staff judge advocate. Individuals do not have to get immunized as long as their request is in the process of being decided.

**Personnel Numbers (approximates):**

326,000 Active Component (U.S. Air Force and U.S. Space Force)
107,000 Air National Guard
68,000 Air Force Reserve
501,000 Total Force (Active Duty, Air National Guard and Air Force Reserve)

# FEATURED NEWS

## Senior Leader Priorities

DAF to launch myEval in 2022

Edison Grants empower researchers in uniform

CMSAF Bass visits West Africa

AFCLC launches new introduction to China, Russia courses with certificates on Culture Guide app

CSAF signs Agile Combat Employment doctrine note

## Innovation →

Physician performs Air Force's first airway stent procedure

Travis AFB Airman's innovation saves Air Force $10M, potential to save more

AFIMSC announces 2022 I-WEPTAC topics, seeks working group volunteers

Air Force announces Spark Tank 2022 semifinalists

Introducing BRAVO: A hackathon series for Air Force, industry

## MAJCOM News →

F-15C Eagle Weapons School ends at Nellis AFB

ACC concludes ACE C3 operations rehearsal

AFIMSC announces 2022 I-WEPTAC topics, seeks working group volunteers

AMC approves 4th KC-46A Pegasus ICR milestone

Workshop unites digital-first experts on transformation

# FW: INFO//WPAFB Moving to HPCON Delta

Badiru, Adedeji B Civ USAF AETC AFIT/EN

Fri 1/7/2022 2:12 PM

To: AFIT EN All <en-all@afit.edu>;

🔗 2 attachments (2 MB)

Tab 1 - Guidance for Commanders' Risk-based Responses and Implementation of the HPCON Framework during the COVID-19 Pandemic_29 Apr 21.pdf; FHP-GUIDANCE-(SUPPLEMENT-18)-REV-1-DOD-GUIDANCE-FOR-PROTECTING-ALL-PERSONNEL-IN-DOD-WORKPLACES-DURING-THE-COVID-19-PANDEMIC.PDF;

Graduate School Faculty, Students, and Staff:

As you can read below, the 88 ABW/CC has decided to transition the base from HPCON Charlie to **HPCON Delta** due to the high number of COVID cases in the surrounding communities.
In order to meet the Commander's intent, we need to adjust our on-campus posture within the graduate school.   First, we believe holding in-person classes is a critical aspect of our mission and plan to keep classes in person on campus to maximum extent possible.  However, we need the following adjustments:

1)  If you don't need to be on campus for class, please work at home as much as possible.
2)  Classes which cannot allow 6-ft physical spacing will be adjusted by the registrar for an alternate location if at all possible.
3)  You must continue to wear masks and maintain 6-ft distance at all times on campus unless in a closed private office.
4)  We will close the library for the next 2 weeks and determine on 21 Jan whether to re-open on 24 Jan or leave closed until end of Jan.
5)  Minimize any eating/drinking in the presence of others.
6)  Hold any meetings with others (outside classes) online to the maximum extent possible.

Finally, in addition the ABW/CC guidance, the attached DoD guidance was published today as well.  Please read and heed the guidance to remain off base/campus if sick and quarantine if you meet the requirements to quarantine.

Our aim is to reduce risk to the health of all Graduate School personnel and especially our students graduating in March well so we do not jeopardize their ability to complete their research/courses and graduate on time.

Thank you for your teamwork and cooperation on these crucial actions to protect the health of our entire community.

Regards to all,

Deji Badiru
7 January 2022

==========================================
Adedeji B. Badiru (SES), Ph.D., PE, PMP, FIIE
Dean, Graduate School of Engineering and Management
Professor of Systems Engineering
Series Editor, Taylor & Francis Series on Systems Innovation
Fellow, Institute of Industrial & Systems Engineers
Air Force Institute of Technology (AFIT)
Wright-Patterson Air Force Base
2950 Hobson Way (B640, Rm 301), Dayton, OH 45433-7765
Email: adedeji.badiru@afit.edu
Tel: (937) 255-3636 ext 4799; Front office:  937-255-3025
==========================================

**Patient:** Hunter Doster
**Visit Date:** 7/28/2021

# minute clinic®

## Patient Visit Receipt

| | | | |
|---|---|---|---|
| **Practitioner:** | STURGIS, ALISON<br>OH3458, BEAVERCREEK | **Federal Tax ID:** | 20-3113336, 20-3113336 |
| **Clinic Address:** | 1331 N FAIRFIELD RD<br>BEAVERCREEK OH 45432 | **POS Code:**<br>**Group NPI:** | 11<br>1699747303, 1699747303 |

### General Patient Information

| | | | |
|---|---|---|---|
| **Patient:** | Hunter Doster | **Patient ID:** | 6647 |
| **Home Phone:** | There is no home phone<br>number on file. | **Visit ID:** | 461241444 |
| **Patient DOB:**<br>**Patient Address:** | 1997 | **Primary Care Provider:** | NONE |

### Detailed Charges

86328 IA NFCT AB SARSCOV2 COVID19, mod QW                x 1          $33.00

*Diagnoses:*                                    *Patient Pert*
*Z11.52*

### Payment Summary
Transaction Type: SALE

## Payment Sources

American Express x                                                      $33.00
  *Authorization number:828868*
  *Application ID:A000000025010801*
  *Application Name:AMERICAN EXPRESS*
  *Card Entry Mode:Chip read*
  *Card Holder Verfication:5E0300*
  *Terminal Verification Results:0800008000*
  *Issuer Application Data:06590103A02000*
  *Transaction Status Information:E800*
  *Application Response Code:approved*

---

We want your feedback!
If you have opted in to complete a survey by providing us with your email address you will automatically receive an email
to complete a brief Patient Experience Survey in 24 hours. It only takes a few minutes to complete. Please have this
Patient Visit Receipt available when you take the survey. Thank you!

For information or questions regarding this visit, please contact MinuteClinic at 866-389-ASAP (2727). If you feel MinuteClinic has not addressed your
concern, you may contact the Joint Commission via their website: jointcommission.org

## COVID 19 Antibody IgG/IgM Rapid POC Test: Patient Communication

**Released**                                        **✕ Not seen**

# Results                    COVID 19 Antibody IgG/IgM Rapid POC Test (Order 532765866)

---

**ⓘ COVID 19 Antibody IgG/IgM Rapid POC Test**                    Order 532765866

Status: Final result   Visible to patient: No (inaccessible in CVS Health MyChart) Next appt None D.

Encounter for screening for COVID-19

| Component | 7/28/21 0937 |
|---|---|
| IgG Covid19 Antibody | Positive |
| IgM Covid19 Antibody | Negative |
| INTERNAL CONTROLS VALID | Yes--Test working appropriately |
| Expiration Date | 04/30/2022 |
| Lot Number | COV20040085 |
| Test Brand | Premier Biotech |

Specimen Collected: **07/28/21 09:37**            Last Resulted: **07/28/21 09:37**

📄 Order Details   🔍 View Encounter   💧 Lab and Collection Details   ⇄ Routing   🕒 Result History

### Result Care Coordination

**⊙ Patient Communication**

**Released**                                        **✕ Not seen**

---

## Patient Demographics

| Patient Name | Legal Sex | DOB | SSN | Address | Phone |
|---|---|---|---|---|---|
| Doster, Hunter | Male | 1997 | | | |

## Lab Information

Lab
MC POCT 2087
1331 N FAIRFIELD RD
BEAVERCREEK OH 45432

---

## COVID 19 Antibody IgG/IgM Rapid POC Test [532765866] (Abnormal)

Resulted: 07/28/21 0937, Result status: Final result

Ordering provider: Jessika Taylor, LPN 07/28/21 0937        Resulting lab: MC POCT 2087

Doster, Hunter (MRN 00000000-0237-0507-7116-D77D8DA682BA) Printed by Alison S... Page 1 of 2

## Components

| Component | Value | Flag |
|---|---|---|
| IgG Covid19 Antibody | Positive | — |
| IgM Covid19 Antibody | Negative | — |
| INTERNAL CONTROLS VALID | Yes--Test working appropriately | — |
| Expiration Date | 04/30/2022 | — |
| Lot Number | COV20040085 | — |
| Test Brand | Premier Biotech | — |

| Specimen Date Taken | Specimen Time Taken | Specimen Received Date | Specimen Received Time | Result Date | Result Time |
|---|---|---|---|---|---|
| Jul 28, 2021 | 9:37 AM | | | Jul 28, 2021 | 9:37 AM |

**Report Status: Final**

**DOSTER, HUNTER**

 

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **DOSTER, HUNTER**<br><br>**DOB:** ███ 1997    **AGE:** 24<br>Gender:    M        Fasting: U<br>Phone: ███████<br>Patient ID: 182270 | Specimen:   WX668567N<br>Requisition: 4204833<br>Lab Ref #:   A20037265<br><br>Collected:   08/09/2021 / 12:16 CDT<br>Received:    08/12/2021 / 05:29 CDT<br>Reported:    08/15/2021 / 20:13 CDT | Client #: 73978740        4000000<br>BANSAL, ANKUSH<br>PUSH HEALTH<br>1730 E HOLLY AVE<br>EL SEGUNDO, CA 90245-4404 |

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| METHYLENETETRAHYDROFOLATE | | | | EZ |

REDUCTASE (MTHFR), DNA                    SEE NOTE
  RESULT: POSITIVE FOR ONE COPY OF THE C677T VARIANT
INTERPRETATION                            SEE NOTE

     INTERPRETATION: This individual is heterozygous for the
     C677T variant and negative (normal) for the A1298C variant
     in the MTHFR gene. This result is not associated with a
     significantly increased risk for coronary artery disease,
     venous thromboembolism or adverse pregnancy outcome.

     Reduced methylenetetrahydrofolate reductase (MTHFR) enzyme
     activity is a genetic risk factor for hyperhomocysteinemia,
     especially when present with low serum folate levels. Two
     common variants in the MTHFR gene result in reduced enzyme
     activity. The "thermolabile" variant C677T [NM 005957.3:
     c.665C>T (p.A222V)] and A1298C [c. 1286A>C (p.E429A)] occur
     frequently in the general population.

     Mild to moderate hyperhomocysteinemia has been identified as
     a risk factor for coronary artery disease and venous
     thromboembolism. Hyperhomocysteinemia is multifactorial,
     involving a combination of genetic, physiologic and
     environmental factors. Recent studies do not support the
     previously described association of increased risk for
     coronary artery disease and venous thromboembolism with mild
     hyperhomocysteinemia caused by reduced MTHFR activity.
     Therefore, the utility of MTHFR variant testing is uncertain
     and is not recommended by The American College of Medical
     Genetics and Genomics (ACMG) or the American Congress of
     Obstetricians and Gynecologists (ACOG) in the evaluation of
     venous thromboembolism or adverse pregnancy outcome.

     Modest positive association has also been found between the
     "thermolabile" variant of the MTHFR gene and many other
     medical complications, such as recurrent pregnancy loss,
     risk of offspring with neural tube defects, neuropsychiatric
     disease, and chemotherapy toxicity.  Increased risk of
     coronary artery disease, venous thromboembolism and
     increased plasma homocysteine can be caused by a variety of
     genetic and non-genetic factors not screened for by this
     assay. If indicated by personal or family history of
     thromboembolism, consider additional testing such as plasma
     homocysteine levels, factor V Leiden and prothrombin gene
     mutations.

     The C677T and A1298C variants are detected by amplification
     of the selected regions of MTHFR gene by polymerase chain
     reaction (PCR) and fluorescent probes hybridization to the
     targeted regions, followed by melting curve analysis with a
     real time PCR system. Although rare, false positive or false
     negative results may occur. All results should be
     interpreted in context of clinical findings, relevant
     history, and other laboratory data. Health care providers,

---

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.



**Quest**
Diagnostics





**Report Status: Final**

**DOSTER, HUNTER**

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **DOSTER, HUNTER**<br><br>**DOB:** 1997   **AGE: 24**<br>Gender:   M      Fasting: U<br>Patient ID: 182270 | Specimen:   WX668567N<br>Collected:   08/09/2021 / 12:16 CDT<br>Received:   08/12/2021 / 05:29 CDT<br>Reported:   08/15/2021 / 20:13 CDT | Client #: 73978740<br>**BANSAL, ANKUSH** |

**Test Name**                    **In Range      Out Of Range    Reference Range**                                **Lab**

please contact your local Quest Diagnostics' genetic
counselor or call 866-GENEINFO (866-436-3463) for assistance
with interpretation of these results.

For additional information, please refer to:
http://education.QuestDiagnostics.com/faq/FAQ66
(This link is being provided for informational/educational
purposes only.)

This test was developed and its analytical performance
characteristics have been determined by Quest Diagnostics
Nichols Institute San Juan Capistrano. It has not been
cleared or approved by FDA. This assay has been validated
pursuant to the CLIA regulations and is used for clinical
purposes. Laboratory testing supervised and results
monitored by Bernard Joseph Ilagan, MD, MHA, FACMG, CGMBS.

**PERFORMING SITE:**

EZ      QUEST DIAGNOSTICS/NICHOLS SJC, 33608 ORTEGA HWY, SAN JUAN CAPISTRANO, CA 92675-2042 Laboratory Director: IRINA MARAMICA,MD,PHD,MBA, CLIA: 05D0643352

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.



*Living Waters Regenerative Medicine Center*
*103 Nightingale Ln*
*Gulf Breeze, FL 32561*
*850-934-8138*

January 13, 2021

My name is Deborah D. Viglione, and I am a physician with a practice located in Gulf Breeze, Florida. My C.V. is attached. I am familiar with, and was asked to medically evaluate Mr. Doster, in connection with his receipt of currently-available COVID-19 vaccines. The opinions I render herein are based upon a personal evaluation of Mr. Doster and a review of his complete medical history, as well as my education, training and experience. They are rendered to a reasonable degree of medical certainty. Given Mr. Doster's medical history and prior COVID infection, vaccination with any of the COVID vaccines is contraindicated.

Mr. Doster has recovered from natural infection and has a positive antibody test dated July 2021. The preponderance of current and past research supports the robustness and longevity of natural immunity verses passive immunity conferred by vaccination[1,2,6,7,8,9,11,13]. Natural infection, however, also places Mr. Doster at an increased risk of adverse event from COVID vaccination. Current evidence acknowledges that COVID vaccination after natural infection is associated with a greater number of adverse events[5,10]. Therefore, COVID vaccination, at this time, puts him at greater risk of adverse event which negates any positive benefit of vaccination.

Secondly, Mr. Doster has a genetic mutation that predisposes him to serious clotting and cardiovascular events that may lead to stroke. In individuals with this mutation, any vaccination that elicits rapid "demand for DNA synthesis", such as the currently available mRNA vaccines, increases their clotting and cardiovascular risk[12]. Currently, all COVID vaccines are associated with clotting dysregulation with the Janssen and Pfizer vaccines having more documented clotting adverse events than other COVID vaccines[18,19,20,21,22,23]. In light of this information, the risks of vaccination for Mr. Doster, exceed any benefit, at this time.

Initial data, released by the CDC concerning the more recent Omicron variant, confirms that 79% of those infected were fully vaccinated, 41% had received booster injections, and the only hospitalization was of a fully vaccinated individual[13]. The report also indicates that infection with Omicron is generally mild and has reduced quarantine restrictions to 5 days after confirmed infection[26,27]. The CDC also admits that the current 2-dose vaccine effectiveness against Omicron is 35%, but a booster may return efficacy to 75%, however, this conclusion seems unsupportable by current evidence, given that 41% of initial cases were boosted which would render the booster much less effective than the purported 75%[13,14]. In fact, a Danish study determined that vaccine effectiveness against omicron was 55.2% and 36.7% for Pfizer and Moderna, respectively[15].

Another promised benefit of inoculation was the reduction in transmission of infection. In July 2021, the CDC reported that COVID vaccination cannot protect against transmission of infection and, in agreement, a recent *Lancet* study, similarly, found the rate of transmission of the vaccinated verses unvaccinated to family members was 25% and 23%, respectively[3,17]. The vaccines also no longer protect against

hospitalization or death as admitted by Dr. Anthony Fauci in an interview with *The New York Times*[4,16]. Therefore, the purported purpose of mandated vaccines: to prevent illness, severity of disease, hospitalization, and transmission, has not been met further accentuating the divide between risk verses presumed benefit.

Every medical decision is made with full evaluation of the risks verses the benefits of the intervention. After considering all the information currently available, it is my medical opinion that COVID vaccination is unsafe and contraindicated for Hunter Doster and should be avoided.


Regards,


Deborah D. Viglione, MD

1. Gazit, S., Shlezinger, R., Galit, P., Lotan, R., Peretz, A., & Patalon, T. (2021). Comparing SARS-CoV-2 natural immunity to vaccine-induced immunity: Reinfections verses breakthrough infections. *medRxiv.* doi.org/10.1101/2021.08.24.21262415

2. Shrestha, N.K., Burke, P.C., Nowacki, A.S., Terpeluk, P., & Gordon, S.M. (2021). Necessity of COVID-19 vaccination in previously infected individuals. https://doi.org/10.1101/2021.06.01.21258176

3. https://www.cdc.gov/media/releases/2021/s0730-mmwr-covid-19.html

4. https://www.cdc.gov/vaccines/covid-19/clinical-considerations/covid-19-vaccines-us.html#considerations-covid19-vax-booster

5. Raw, R.K., Kelly, C.A., Rees, J., Wroe, C., & Chadwick, D.R. (2021). Previous COVID-19 infection, but not long-COVID, is associated with increased adverse events following BNT162b2/Phizer vaccination. *Journal of Infection, 83*, 401-403. Doi: 10.1016/j.jinf.2021.05.035

6. Wu, J., Liang, B., Chen, C., Wang, H., Fang, Y., Shen, S., Yang, X., Wang, B., Chen, L., Chen, Q., Wu, Y., Liu, J., Yang, X., Li, W., Zhu, B., Zhou, W., Wang, H., Li, S., Lu, S.,… & Zheng, X. (2020). SARS-CoV-2 infection induces sustained humoral immune responses in convalescent patients following Symptomatic COVID-19. *Nature Communications, 12*. Doi: 10.1038/s41467-021-22034-1

7. Israel, A., Shenhar, Y., Green, I., Merzon, E., Golan-Cohen, A., Schaffer, A.A., Ruppin, E., Vinker, S., & Magen, E. (2021). Large-Scale study of antibody titer decay following BNT162b2 mRNA vaccine or SARS-CoV-2 infection. *medRxiv.* Doi: 10.1101/2021.08.19.21262111

8. Schwarzkopf, S., Krawczyk, A., Knop, D., Klump, H., Heinold, A., Heinemann, F.M., Thummler, L., Temme, C., Breyer, M., Witzke, O., Dittmer, U., Lenz, V., Horn, P.A., & Lindemann, M. (2021). Cellular immunity in COVID-19 convalescents with PCR-confirmed infection but with undetectable SARS-CoV-2-specific IgG. *Emerging Infectious Diseases, 27*(1). Doi: 10.3201/2701.203772

9. Schulien, I., Kemming, J., Overhardt, V., Wild, K., Seidel, L.M., Killmer, S., Sagar, D.F., Salvat, L.M., Decker, A., Luxenburger, H., Binder, B., Bettinger, D., Sogukpinar, O., Rieg, S., Panning, M., Huzly, D., & Schwemmle, M. (2021). Characterization of pre-existing and induced SARS-CoV-2-specific CD8[+] T cells. *Natural Medicine, 27*(1), p.78-85. Doi: 10.1038/s41591-020-01143-2

10. Menni, C., Klaser, K., May, A., Polidori, L., Capdevila, J., Louca, P., Sudre, C.H., Nguyen, L.H., Drew, D.A., Merino, J., Hu, C., Meng, S.S., Antonelli, M., Murray, B., Canas, L.S., Molteni, E., Graham, M.S., Modat, M., …Joshi, A.D. (2021). Vaccine side-effects and SARS-CoV-2 infection after vaccination in users of the COVID Symptom Study app in the UK: A prospective observational study. *The Lancet, 21*(7), p.939-949. Doi: 10.1016/S1473-3099(21)00224-3

11. Reynolds, S. (2021, January 26). *Lasting immunity found after recovery from COVID-19.* National Institutes of Health. https://www.nih.gov/news-events/nih-research-matters/lasting-immunity-found-after-recovery-covid-19

12. Reif, D.M., McKinney, B.A., Motsinger, A.A., Chanock, S.J., Edwards, K.M., Rock, M.T., Moore, J.H., & Crowe Jr., J.E. (2008). Genetic basis for adverse events following smallpox vaccination. *Journal of Infectious Diseases, 198*(1), p.16-22. doi: 10.1086/588670

13. Centers for Disease Control and Prevention (2021, December 17). SARS-CoV-2 B.1.1.529 (Omicron) variant – United States, December 1-8, 2021. *Morbidity and Mortality Weekly Report (MMWR), 70*(50), 1731-1734. doi: 10.15585/mmwr.mm7050e1

14. Centers for Disease Control and Prevention (2021, December 27). *CDC updates and shortens recommended isolation and quarantine period for general population.* CDC Newsroom. https://www.cdc.gov/media/releases/2021/s1227-isolation-quarantine-guidance.html

15. Hansen, C.H., Schelde, A.B., Moustsen-Helm, I.R., Emborg, H., Krause, T.G., Molbak, K., & Valentiner-Branth, P. (2021). Vaccine effectiveness against SARS-CoV-2 infection with the Omicron or Delta variants following a two-dose or booster BNT162b2 or mRNA-1273 vaccination series: A Danish cohort study. *MedRxiv Preprint.* doi: 10.1101/2021.12.20.21267966

16. Barbaro, M. (Host). (2021, November 12). An interview with Dr. Anthony Fauci [Audio podcast episode]. In *The Daily.* https://www.nytimes.com/2021/11/12/podcasts/the-daily/anthony-fauci-vaccine-mandates-booster-shots.html?

17. Singanayagam, A., Hakki, S., Dunning, J., Madon, K.J., Crone, M.A., Koycheva, A., Derqui-Fernandez, N., Barnett, J.L., Whitfield, M.G., Varro, R., Charlett, A., Kundu, R., Fenn, J., Cutajar, J., Quinn, V., Conibear, E., Barclay, W., Freemont, P.S., …& Taylor, G.P. (2021). Community transmission and viral load kinetics of the SARS-CoV-2 delta (B.1.617.2) variant in Vaccinated and unvaccinated individuals in the UK: A prospective, longitudinal, cohort study. *The Lancet.* doi: 10.1016/S1473-3099(21)00648-4

18. Merchant, H.A. (2021). CoViD vaccines and thrombotic events: EMA issued warning to patients and healthcare professionals. *Journal of Pharmaceutical Policy and Practice, 14*(1), p.32. doi: 10.1186/40545-021-00315-w

19. Grobbelaar, L.M., Venter, C., Vlok, M., Ngoepe, M., Laubscher, G.J., Lourens, P.J., Steenkamp, J., Kell, D.B., & Pretorius, E. (2021). SARS-CoV-2 spike protein SI induces fibrin(ogen) resistant to fibrinolysis: Implications for microclot formation in COVID-19. *Bioscience Reports, 41*(8). doi: 10.1042/BSR20210611

20. Hippisley-Cox, J., Patone, M., Mei, X.W., Daatci, D., Dixon, S., Khunti, K., Zaccardi, F., Watkinson, P., Shankar-Hari, M., Doidge, J., Harrison, D.A., Griffin, S.J., Sheikh, A., & Coupland, C.A.C. (2021). Risk of thrombocytopenia and thromboembolism after covid-19 vaccination and SARS-CoV-2 positive testing: self-controlled case series study. *British Medical Journal, 374*. doi: 10.1136/bmj.n1931

21. Alam, Walid (2021). Hypercoagulability in COVID-19: A review of the potential mechanisms underlying clotting disorders. *Sage Open Medicine, 9*. doi: 10.1177/20503121211002996

22. eHealthMe (2021). *Phizer BioNTech Covid vaccine and pulmonary embolism: A phase IV clinical study of CDC and FDA data*. https://www.ehealthme.com/vs/pfizer-biontech-covid-vaccine/pulmonary-embolism/

23. Saxby, K., Kingsborough, B., Young, D., & Capone, D. (2021). Moderna vaccine pulmonary embolism: Association vs coincidence. *Chest, 160*(4), p.A54. doi: 10.1016/J.chest.2021.07.086

# Deborah Doster Viglione, MD
# Curriculum Vitae

**103 Nightingale Lane**
**Gulf Breeze, Fl 32561**
**(850) 934-8138**
**(850) 934-6667**

# EDUCATION

HIGH SCHOOL                              Canton High School
                                         Canton, Missouri
                                         HS Degree, 1978

UNDERGRADUATE                            Atlantic Christian College
                                         (now Barton College)
                                         Wilson, North Carolina
                                         January 1978-May 1979

                                         Wake Forest University
                                         Winston-Salem, North Carolina
                                         Bachelor of Arts Biology 1981

MEDICAL SCHOOL                           University of North Carolina
                                         Chapel Hill, North Carolina
                                         Medical Doctorate 1986

INTERNSHIP                               Keesler USAF Medical Center
                                         Keesler AFB, Mississippi
                                         Internal Medicine Categorical
                                         July 1986-June 1987

RESIDENCY                                Keesler USAF Medical Center
                                         Keesler AFB, Mississippi
                                         Internal Medicine Categorical
                                         July 1987-June 1989

# MILITARY

United States Air Force
Reserve – 4 years 1982-1986
Active Duty – 1986-1993
Honorable Discharge 8/31/1993
Rank of Major

# BOARD CERTIFICATION

American Board of Internal Medicine
September 13, 1989 (no expiration)
American Academy of Anti-Aging Regenerative Medicine-2012
Stem Cell Fellowship 2012

# LICENSURE

North Carolina #32311
Florida ME#  0065188
Previous: California #A0521
Tennessee – do not remember number

# PRACTICE EXPERIENCE

AFSC Regional Hospital
SGHI Eglin AFB, Florida  32541
Staff Internist
July 1989 – July 1991

650th Medical Group
SGHI  10 Hospital Road
Edwards AFB, California  93524
Staff Internist
August 1991-August 1993

Medical Doctor Associates
3495 Holcomb Bridge Road
Norcross, Georgia  30092
Locum Tenens Work

**PRACTICE EXPERIENCE** continued

Sierra Medical Group (part-time)
44469 N. 10th Street West
Lancaster, CA
FP, IM Urgent Care
September 1993-December 1993


Cabarrus Memorial Hospital
Quick Care – 920 Church Street North
 Concord, North Carolina  28025
Locum Tenens
December 20, 1993- December 31, 1993
(Employed by:  Medical Doctor Associates)

Medical Professional Agency, Inc
Scenic Highway Family Medicine Center
8105 Scenic Highway
Pensacola, Florida  32514
Part-time coverage in existing practice
January 7, 1994

Medical Professional Agency, Inc
14 West Jordan Suite B
Pensacola, Florida  32501
Part-time coverage existing practice
1994-1995

Medical Professional Agency, Inc
FirstPhysicians
Gulf Breeze Internal Medicine
1108 Gulf Breeze Parkway
Gulf Breeze, Florida  32561
Employed Physician
Internal Medicine
1994-2000

Watson Alternative Health and Weight Loss Center
5536 Stewart Street
Milton, Florida  32570
Medical Director
2006- July 29, 2008

**PRACTICE EXPERIENCE** continued

Private Practice
Deborah D. Viglione, MD, LLC
Living Waters Regenerative Medicine Center
103 Nightingale Lane
Gulf Breeze, Florida  32561
2000- present
(850) 934-8138

# EXPERIENCE/LEADERSHIP

HIV Coordinator, Eglin AFB 1989-1991
Attending Physician Family
Residency  Eglin AFB  1989-1991

Deployed for Operation Desert Storm 1991

Infection Control Committee
Eglin AFB 1989-1991

Rabies Board  Eglin AFB  1990-1991

Process Action Team (TQM)
Improving Hospital Appointment
System   Eglin AFB 1989-1990

Laboratory  Director
Edwards AFB 1991-1992

HIV Coordinator
Edwards AFB  1992-1993

Pharmacy and Therapeutics Committee
Edwards AFB  1991-1993

Formulary Committee (chair)
Edwards AFB 1991-1993

Process Action Team (leader)
Improvement Prescription/Refill policy
Edwards AFB  1992

Chief of Immediate Disaster Response Team
Edwards AFB 1991-1993

Chief of Medicine – Gulf Breeze Hospital
 1997-1999

MPA Board – 1996
FirstPhysicians Steering Committee
FirstPhysicians Vice President 1994-2000

Managed Care Committee (chair) 1997

Pharmacy and Therapeutics Committee
Baptist Hospital 1995

Secretary Medical Executive Committee
1999-2000

Assistant Chief of Staff Gulf Breeze Hospital
2000-2001

Chief of Staff Gulf Breeze Hospital
2001-2001

Member, Professional Functions
Committee Baptist Hospital 2001-2002

Nominating Committee Gulf Breeze
Gulf Breeze Hospital  2000-2001

Chief of Medicine  Gulf Breeze Hospital
 2004 – 2005

Science Advisory Board Member
Lifevantage – through 2017-2021

Panhandle Doctors for Truth
Treasurer
Organized Two Healthcare Freedom Rallies
Oct 12, 2021 and Nov 9, 2021

# Publications

Ozone Preconditioning in Viral Disease; James A. Thorp, MD, K. E. Thorp, MD, Elise M. Thorp, BS, FNTP, & Deborah D. Viglione, MD  Virology Jan 2022 – In peer review currently

Novel therapy for COVID-19 does intravenous ozonated saline affect blood and tissue oxygenation? Thorp JA*, Hollonbeck SA, Viglione DD, Green PC, Hodge JR, Tamburro JA, Tran TN and Glassman DS Journal of Gynecological Research and Obstetrics

Fullerene - Photodynamic Therapy Effect on Oral Squamous Cell Carcinoma of the Tongue: A Case Study. Deborah D Viglione and Daniel J Bourassa. EC Clinical and Medical Case Reports 3.11 (2020): 25-29. 2020

# Professional Organizations Current

**American Academy of Anti-aging Regenerative Medicine, Fellow**
**Florida Medical Association – reactivated 2021**

# Professional Organizations Past

**American College of Physicians**
**American Medical Association**
**Florida Medical Association**
**American Academy for Advancement of Medicine**
**Escambia Medical Society**
**Florida Physicians Association**
**Great Lakes College for Advancement of Medicine**
**Society of Air Force Physicians**

# Community Leadership/Involvement

**Premium Member Powerful Women of Gulf Coast**
**Member Gulf Breeze Chamber of Commerce**

**Project Leader Operation Christmas Child Central Waterside Church**
**Worship Leader Annually for Disciple Women of Alabama/NWFL**
**Preceptor for Medical, Nurse Practitioner Students**
**4 years participated with Lifevantage Legacy and Families Helping Families – Mission trips in Mexico – Building Houses**

**Previous**

**Coached Little League baseball for 4 years**
**Girl Scout Leader for 6 years**
**Worship Leader for 10 years First Christian Church Pensacola**
**Assistant Coach of youth basketball for 2 years**
**Various Committee Participation and Chair at First Christian Church**
**Youth Group Co-leader First Christian Church**
**Relay Center Coordinator for Operation Christmas Child – Samaritan's Purse 10 years**
**Helped set up Pediatric Hospital with University of South Alabama in Haiti – 2016**
**Founding Volunteer of Good Samaritan Clinic**
**Gulf Breeze High School Band Booster**