**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Attorney, S.D.O.H.
303 Marconi Blvd, St.200
Columbus, OH 43215

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 3016 7124 3070 77

2. Article Number *(Transfer from service label)*

9502 7065 6331 2052 2023 41

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _MM_                    ☐ Agent
                          ☐ Addressee

B. Received by *(Printed Name)*          C. Date of Delivery

CMY                          2-24-22

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:     ☐ No

1-22cv84

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
(over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053                    Domestic Return Receipt



USPS TRACKING #

COLUMBUS OH 430

24 FEB 2022 PM 7 L

9590 9402 3016 7124 3070 77

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

RECEIVED

FEB 28 2022

RICHARD W. NAGEL
Clerk Of Court
CINCINNATI, OHIO

• Sender: Please print your name, address, and ZIP+4® in this box•

Clerk, SDOH
100 E. Fifth St., Rm. 103
Cincinnati, OH 45202

CASE NO: 1:22-CV-84