**Table of Exhibits**

| Exhibit Number | Exhibit Description |
|---|---|
| 1. | Secretary of Defense Message to the Force (Aug. 9, 2021) |
| 2. | Secretary of Defense Memorandum For Senior Pentagon Leadership, Commanders of the Combatant Commands, Defense Agency and DoD Field Activity Directors (Aug. 24, 2021) |
| 3. | Congressional Research Service, Defense Health Primer: Military Vaccinations |
| 4. | Department of Defense Instruction ("DoDI") 6205.02 |
| 5. | Air Force Instruction ("AFI") 48-110_IP |
| 6. | Secretary of the Air Force Memorandum for Department of the Air Force Commanders (Sept. 3, 2021) |
| 7. | Secretary of the Air Force Memorandum for ALMAJCOM-FLDCOM-FOA-DRU/CC (Dec. 7, 2021) |
| 8. | Declaration of Peter Marks (filed in *Robert v. Austin*, 21-cv-02228 (D. Colo.)) |
| 9. | Declaration of Colonel Tonya Rans |
| 10. | Declaration of Major Scott Stanley |
| 11. | Declaration of Colonel Artemio C. Chapa |
| 12. | Declaration of Major Matthew J. Streett |
| 13. | Declaration of Colonel Elizabeth M. Hernandez |
| 14. | Declaration of Lieutenant Colonel Ethel M. Watson |
| 15. | Declaration of Lieutenant Colonel Nekitha M. Little |
| 16. | Declaration of Colonel James R. Poel |
| 17. | Declaration of Colonel Ashley Heyen |
| 18. | Declaration of Colonel Richard M. Heaslip |
| 19. | Declaration of Colonel Donald F. Wren |
| 20. | Declaration of Colonel Paul K. Harmer |
| 21. | Declaration of Colonel Deedrick L. Reese |
| 22. | Declaration of Lieutenant Colonel Nicholas M. Pulire |
| 23. | Declaration of Lieutenant Colonel Justin L. Long |
| 24. | Letter from SSgt. Adam P. Theriault |