**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    LTG James C. Slife
    100 Bartley St, Ste. 301
    Hurlburt Field, FL 32544

    9590 9402 5838 0038 4257 98

2. Article Number (Transfer from service label)

    9502 7065 6331 2052 2024 40

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]
   ☑ Agent
   ☐ Addressee

B. Received by (Printed Name): Anthony S. Grossman
C. Date of Delivery: 4 Mar 22

D. Is delivery address different from item 1? ☐ Yes  ☑ No
   If YES, enter delivery address below:

   1:22 cv 84

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053     Domestic Return Receipt