**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
CINCINNATI DIVISION**

| | |
|---|---|
| **HUNTER DOSTER,** *et al.,* | |
| *Plaintiffs*, | |
| v. | No. 1:22-cv-00084 |
| | Hon. Matthew W. McFarland |
| **FRANK KENDALL,** *et al.*, | |
| *Defendants*. | |

**NOTICE OF ADDITIONAL MATERIALS**

Defendants respectfully submit additional materials in support of both their Opposition to Plaintiffs' Emergency Motion for Temporary Restraining Order and Preliminary Injunction, Doc. No. 27, and their Opposition to Plaintiffs' Motion for Class Certification, Doc. No. 34. The submitted materials include additional record materials for several individual Plaintiffs' religious accommodation requests, which provide more context to the documents submitted by Plaintiffs. Those Plaintiffs include: McKenna Colantanio, Joe Dills, Hunter Doster, Heider Mosher, Daniel Reineke, Christopher Schuldes, and Adam Theriault.

Dated: March 23, 2022          Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

ALEXANDER K. HAAS
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Branch Director
Federal Programs Branch

*/s/ Cassandra Snyder*
ANDREW E. CARMICHAEL

2

AMY E. POWELL
Senior Trial Counsel
STUART J. ROBINSON
Senior Counsel
ZACHARY A. AVALLONE
COURTNEY D. ENLOW
LIAM HOLLAND
CATHERINE YANG
CASSANDRA SNYDER
Trial Attorneys
Department of Justice
Federal Programs Branch
1100 L Street, N.W., Washington, DC 20005
Tel: (202) 451-7729
Email: cassandra.m.snyder@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2022, I electronically filed the foregoing paper with the Clerk of Court using this Court's CM/Doc. system, which will notify all counsel of record of such filing.

/s/ *Cassandra Snyder*
CASSANDRA M. SNYDER
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 451-7729
Fax: (202) 616-8460
Email: cassandra.m.snyder@usdoj.gov