IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| HUNTER DOSTER, et. al., | : | Case No. 1:22-cv-84 |
| | : | |
| Plaintiffs, | : | Judge Matthew W. McFarland |
| | : | |
| v. | : | |
| | : | |
| Hon. FRANK KENDALL, et. al., | : | |
| | : | |
| Defendants. | : | |
| | : | |

| | | |
|---|---|---|
| ANDREA CORVI, et. al., | : | |
| | : | |
| Proposed Intervening Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| Hon. FRANK KENDALL, et. al. , | : | |
| | : | |
| Defendants. | : | |

**ORDER CONCERNING FILING AND SEALING**

The parties have advised the Court that a dispute has arisen between the Intervening Plaintiffs and the Defendants concerning portions of the document attached to Intervening Plaintiffs' Motion for Preliminary Injunction (Doc. 53-1). The parties are discussing the circumstances under which those portions of the document were disclosed and whether any privilege concerning those portions has been waived. In the meantime, in order to protect the materials at issue while the parties continue these discussions, the

parties have jointly requested that Doc. 53-1 be sealed at the present time to prevent any further dissemination of the materials at issue pending resolution of the privilege and waiver issues.

Having considered the parties' request, and for good cause shown, the Court will permit the document to be placed under seal for thirty (30) days for the parties to continue their discussions. However, the Court will not permit the document to remain under seal indefinitely. Should either or both parties conclude that the document or portions thereof need to remain under seal, a Motion to Seal must be filed that demonstrates that sealing is appropriate under *Shane Group, Inc. v. Blue Cross Blue Shield of Michigan*, 825 F.3d 299 (6th Cir. 2016) and its progeny.

Accordingly, Doc. 53-1 shall be temporarily placed under seal for thirty days from the date of this Order. Absent the filing of a Motion to Seal by either party prior to that thirtieth day, the document shall be automatically unsealed without further order of the Court. If a Motion to Seal is filed, the document shall remain under seal until the Court rules on any pending Motion to Seal. Either party may file a motion for further relief, including for a determination on the issues of privilege and waiver.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: *Matthew W. McFarland*
JUDGE MATTHEW W. McFARLAND