**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**CINCINNATI DIVISION**

**HUNTER DOSTER**, *et al.*,

Plaintiffs,

v.

**FRANK KENDALL**, *et al.*,

Defendants.

No. 1:22-cv-00084

Hon. Matthew W. McFarland

**DEFENDANTS' RESPONSE TO PLAINTIFFS' LETTER AND NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendants respectfully notify the Court of the attached decisions in *Colonel, et al. v. Austin, et al*, No. 8:22-cv-1277-SDM-TGW (M.D. Fla.), *National Guardsman v. Austin et al.*, No. 8:22-cv-1279-SDM-TGW (M.D. Fla.), and *Pilot, et al. v. Austin, et al.*, 8:22-cv-1278-SDM-TGW (M.D. Fla.). In those cases, plaintiffs sought to prevent the military from enforcing the COVID-19 vaccination requirement and brought claims under the Religious Freedom Restoration Act ("RFRA") and the Free Exercise Clause of the First Amendment. The court dismissed plaintiffs' cases for lack of venue because the parties did not reside in the Middle District of Florida and the complaint presented no other basis for venue. These opinions provide additional authority in support of Defendants' Motion to Sever, Dkt. 35, Defendants' Motion to Dismiss, Dkt. 51, Defendants' Opposition to Intervention and Proposed Intervenors' Motion for TRO, Dkt. 55 and Defendants' Opposition to Potential Intervenors' Motion for a Preliminary Injunction, Dkt. 58.

For the same reasons described in the attached opinions, this Court should sever individuals who do not reside in this district and should not permit individuals with no connection to this forum to intervene in this action. Instead, as suggested by Intervenors' counsel, those individuals should "file an appropriate case(s) . . . in an appropriate district(s)." W. Cox Letter, ECF No. 69 (July 8,

2022).

Dated: July 8, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Director

/s/ *Zachary A. Avallone*
ANDREW E. CARMICHAEL
Senior Trial Counsel
ZACHARY A. AVALLONE
DC Bar No. 1023361
CASSANDRA M. SNYDER
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 514-2705
Fax: (202) 616-8460
Email: zachary.a.avallone@usdoj.gov

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 8, 2022, I electronically filed the foregoing paper with the Clerk of Court using this Court's CM/ECF system, which will notify all counsel of record of such filing.

*/s/ Zachary A. Avallone*