UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PILOT, et al.,

    Plaintiffs,

v.                                                CASE NO. 8:22-cv-1278-SDM-TGW

LLOYD J, AUSTIN, III, et al.,

    Defendants.
_____/

## **ORDER**

In the original action, *Navy Seal 1 v. Austin*, No. 8:21-cv-2429, service members in each branch of the military pursued, among other claims, injunctive relief under the Religious Freedom Restoration Act. A June 2, 2022 order (Doc.194) severs the original action by branch and stays this action (the Coast Guard Action) in the absence of a plaintiff for whom venue is proper in the Middle District of Florida.

In an exhibit (Doc. 191-1), the plaintiffs concede that no plaintiff in this action resides in the Middle District of Florida, and no allegation in the complaint presents another basis for venue. Although more than thirty days have elapsed after the severance of this action, neither a motion to amend the complaint to cure the improper

venue nor a motion to transfer the action to a proper venue appears.  Accordingly, the action is **DISMISSED WITHOUT PREJUDICE** for improper venue.  The clerk must close the case.

ORDERED in Tampa, Florida, on July 5, 2022.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE