IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
CINCINNATTI DIVISION

| | |
|---|---|
| **HUNTER DOSTER**, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **FRANK KENDALL**, *et al.*, <br><br> Defendants. | No. 1:22-cv-00084 <br> Hon. Matthew W. McFarland |

### DEFENDANTS' RESPONSE REGARDING ONGOING PROCEEDINGS UNDER THE UNIFORM CODE OF MILITARY JUSTICE

Defendants submit this notice in response to the Court's request that the Air Force provide "within 7 days" a list of "any court-martials that are in process" based on a class member's refusal to comply with an order to receive a COVID-19 vaccine "in which the members have been sworn or a witness having been sworn such that jeopardy has attached." Order, ECF No. 77, PgID #4540.

Defendants respond that they are not aware of any ongoing court-martial related to a refusal to receive a COVID-19 vaccine that involves a class member, however there are approximately 23 ongoing proceedings authorized by the Uniform Code of Military Justice (10 U.S. Code, Ch. 47, "UCMJ") related to a refusal to receive a COVID-19 vaccine that involve a class member. All of those known, ongoing proceedings are under 10 U.S.C. § 815 (Article 15) of the UCMJ, which authorizes non-judicial punishment. Any member subject to Article 15 punishment has the right to turn down the Article 15 action and demand trial by court-martial. *See* 10 U.S.C. § 815(a). All members participating in Article 15 actions voluntarily waived their right to court-martial and accepted the Article 15 proceedings. The identities of individuals subject to non-judicial punishment is confidential, so the Defendants can provide a list of individuals currently subject to Article 15 punishment under seal at the Court's request.

1

Dated: August 3, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

ALEXANDER K. HAAS
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Branch Director
Federal Programs Branch

/s/ Zachary A. Avallone
ANDREW E. CARMICHAEL
AMY E. POWELL
Senior Trial Counsel
STUART J. ROBINSON
Senior Counsel
ZACHARY A. AVALLONE
LIAM HOLLAND
CATHERINE YANG
CASSANDRA SNYDER
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 514-2705
Email: zachary.a.avallone@usdoj.gov

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

On August 3, 2021, I electronically submitted the foregoing document using the Court's electronic case filing system. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/ Zachary A. Avallone
Zachary A. Avallone
Trial Attorney
U.S. Department of Justice