IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
CINCINNATTI DIVISION

| | |
|---|---|
| **HUNTER DOSTER**, *et al.*,<br><br>　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>**FRANK KENDALL**, *et al.*,<br><br>　　　　　　　　　Defendants. | No. 1:22-cv-00084<br>Hon. Matthew W. McFarland |

### DEFENDANTS' NOTICE TO THE COURT REGARDING CLASS MEMBERS WHO HAVE OPTED OUT OF THE CLASS

Defendants submit this notice in response to the Court's order that "Excluded from this definition shall be any person within the above class who: (i) opts out, by delivering notice to the Government and Class Counsel in writing of their election to opt out, by electronic mail addresses *to be filed with Court*." Order, ECF No. 77, PgID #4540 (emphasis added). Pursuant to that instruction, Defendants respond that to date they have received opt-out requests from the following individuals:

- Logan G. Lewis
- Brittini S. Fleming
- Douglas J. Iverson
- Milos Tasic
- Jonathan E. Baker
- Jordan H. St. John
- Paul J. Rodriguez
- Noah G. Hendrickson
- Sawyer C. O. Lynn

1

- Gavin M. Anderson
- Paige L. Roberts
- Auston M. Sears
- Jacob L. Reinhart
- Felix C. Burgoyne
- Brian M. Saunders
- Loren M. Bowling
- Erica K. Sims
- Caleb S. Barnum
- Luke P. Lineberger
- Jacob T. Gantt
- Colton M. Bosik

Defendants have saved the opt-out requests from these individuals in their records, and will not consider these individuals as covered by this Court's class-wide injunction.

Dated: August 8, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

ALEXANDER K. HAAS
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Branch Director
Federal Programs Branch

*/s/ Zachary A. Avallone*
ANDREW E. CARMICHAEL
AMY E. POWELL
Senior Trial Counsel

2

STUART J. ROBINSON
Senior Counsel
ZACHARY A. AVALLONE
LIAM HOLLAND
CATHERINE YANG
CASSANDRA SNYDER
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 514-2705
Email: zachary.a.avallone@usdoj.gov

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

On August 8, 2021, I electronically submitted the foregoing document using the Court's electronic case filing system. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Zachary A. Avallone*
Zachary A. Avallone
Trial Attorney
U.S. Department of Justice
