IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

HUNTER DOSTER, et al., : Case No. 1:22-cv-84
:
    Plaintiffs, : Judge Matthew W. McFarland
:
v. :
:
Hon. FRANK KENDALL, et al., :
:
    Defendants. :

## CALENDAR ORDER

This matter is before the Court following a preliminary pretrial conference by phone on August 30, 2022. This case shall proceed as follows:

1. Deadline for motions to amend pleadings/add parties: **November 15, 2022**

2. Deadline for motions related to pleadings: **December 16, 2022**

3. Disclosure of non-expert (fact) witnesses: **April 15, 2023**

4. Deadlines for disclosure of expert witnesses and submission of expert reports:
Plaintiffs' expert report(s): **June 1, 2023**
Defendants' expert report(s): **June 29, 2023**
Disclosure and report of rebuttal experts: **July 27, 2023**

5. Fact Discovery deadline: **August 31, 2023**

6. Discovery deadline: **August 31, 2023**

7. Dispositive motions deadline: **October 9, 2023**

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____
JUDGE MATTHEW W. McFARLAND