# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO – Cincinnati Division

| | | |
|---|---|---|
| **HUNTER DOSTER**, et. al. | : | Case No.: 1:22-cv-00084 |
| Plaintiff | : | |
| v. | : | |
| **Hon. FRANK KENDALL**, et. al. | : | |
| Defendants | : | |

### PLAINTIFFS' NOTICE OF FILING INSPECTOR GENERAL REPORT

Plaintiffs give notice of their filing of the Department of Defense Inspector General Report on Religious Accommodation Processing, authenticated through the declaration of Wendy Cox.

Respectfully submitted,

/s/ *Christopher Wiest*_____
Christopher Wiest (OH 0077931)
Chris Wiest, Atty at Law, PLLC
25 Town Center Blvd, Suite 104
Crestview Hills, KY 41017
513/257-1895 (c)
859/495-0803 (f)
chris@cwiestlaw.com

/s/*Aaron Siri*____
Siri Glimstad, LLP
Aaron Siri (admitted PHV)
Elizabeth Brehm (admitted PHV)
Wendy Cox (admitted PHV)
200 Park Avenue, 17th Floor
New York, NY 10166
(212) 532-1091 (v)
(646) 417-5967 (f)
aaron@sirillp.com

/s/*Thomas Bruns*_____
Thomas Bruns (OH 0051212)
Bruns Connell Vollmar Armstrong LLC
4555 Lake Forest Drive, Suite 330
Cincinnati, OH 45242
tbruns@bcvalaw.com
513-312-9890
**Attorneys for Plaintiffs**

### CERTIFICATE OF SERVICE

I certify that I have served a copy of the foregoing by CM/ECF, this 14 day of September, 2022.

/s/ Christopher Wiest_____
Christopher Wiest (OH 0077931)