IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
CINCINNATI DIVISION

**HUNTER DOSTER**, *et al.*,

        Plaintiffs,

  v.

**FRANK KENDALL**, *et al.*,

        Defendants.

No. 1:22-cv-00084
Hon. Matthew W. McFarland

## DEFENDANTS' UPDATED NOTICE TO THE COURT REGARDING CLASS MEMBERS WHO HAVE OPTED OUT OF THE CLASS

Defendants submit this updated notice in response to the Court's order that "Excluded from this definition shall be any person within the above class who: (i) opts out, by delivering notice to the Government and Class Counsel in writing of their election to opt out, by electronic mail addresses ***to be filed with Court***." Order, ECF No. 77, PgID #4540 (emphasis added). Pursuant to that instruction, Defendants respond that to date they have received opt-out requests from the following individuals:

- Logan G. Lewis
- Brittini S. Fleming
- Douglas J. Iverson
- Milos Tasic
- Jonathan E. Baker
- Jordan H. St. John
- Paul J. Rodriguez
- Noah G. Hendrickson

1

- Sawyer C. O. Lynn
- Gavin M. Anderson
- Paige L. Roberts
- Auston M. Sears
- Jacob L. Reinhart
- Felix C. Burgoyne
- Brian M. Saunders
- Loren M. Bowling
- Erica K. Sims
- Caleb S. Barnum
- Luke P. Lineberger
- Jacob T. Gantt[1]
- Colton M. Bosik
- Andrew D. Trosper
- Austin E. Moore
- Benjamin A. Kennedy
- Caleb S. St. Onge
- Carols D. Avant-Owens
- Cody E. Rose
- Dallas A. Ketcham
- Dario E. Diaz

---

[1] This individual has requested to opt back into the class.

- Devin Newton
- Eleazar Houtz
- Erica Fulmer
- Ethan M. Seratt
- Hunter L. Ramsey
- Ivan J. Sierra
- Jace A. Boone
- Jared M. Cornett
- Jonathan V. Randazzo
- Jordan N. Kot
- Jose A. Estrada
- Joshua W. Culver
- Josiah M. Gomberg[2]
- Kaden M. Guzman
- Kailee N. Cook
- Kevontae J. Fleeton
- Malachi A. Nandabi
- Mikela K. Konz
- Mitchell B. Lopeman
- Nathaniel J. Clark
- Nicholas A. Smith

---

[2] This individual has requested to opt back into the class.

- Samantha R. Quesenberry
- Steve J. Smith
- Tanner J. Lee
- Anaya A. Ware
- Andrew C. Shaw
- Andrew Wolf
- Ashley T. Gonzales
- Audrey M. Ackley
- Bianca French
- Brennin D. Tranbarger
- Celeste R. Flores
- Christopher D. Beasley
- Christopher D. Reinecke
- Cody S. Johnson
- Daniel A. Hernandez
- Daniel P. Collins
- Dylan M. Sterling
- Edan E. Contreras
- Eric M. Garcia
- Forrest A. Cherry
- French Bianca
- Hannah M. Walker
- Henok Tasfamariam

4

- Isaac M. Knapp
- Jacob C. Bessler
- Jacob C. Pope
- Jeffrey T. Lippert
- Jenna Ervin
- Jordan T. Russell
- Jory L. Farnsworth
- Kenneth P. Reid
- Landon D. Fields
- Lane A. Briggs
- Laurin A. Thompson
- Markus L. Beil[3]
- Michael J. Prewitt
- Michael T. Albritton
- Nathaniel A. Kortz
- Noah D. Morris
- Richard H. Soper
- Samuel J. Ashley
- Shane A. Voorhis[4]
- Shavion B. Brown
- Uteric D. Dillard

---

[3] This individual has requested to opt back into the class.
[4] This individual has requested to opt back into the class.

- Zackary C. Alvarez

- Zakary C. Smith

Defendants have saved the opt-out requests from these individuals in their records, and will not consider these individuals as covered by this Court's class-wide injunction.

Dated: September 15, 2022               Respectfully submitted,

                                        BRIAN M. BOYNTON
                                        Principal Deputy Assistant Attorney General
                                        Civil Division

                                        ALEXANDER K. HAAS
                                        Director, Federal Programs Branch

                                        ANTHONY J. COPPOLINO
                                        Deputy Branch Director
                                        Federal Programs Branch

                                        */s/ Zachary A. Avallone*
                                        ANDREW E. CARMICHAEL
                                        AMY E. POWELL
                                        Senior Trial Counsel
                                        STUART J. ROBINSON
                                        Senior Counsel
                                        ZACHARY A. AVALLONE
                                        LIAM HOLLAND
                                        CATHERINE YANG
                                        CASSANDRA SNYDER
                                        Trial Attorneys
                                        United States Department of Justice
                                        Civil Division, Federal Programs Branch
                                        1100 L Street, N.W.
                                        Washington, DC 20005
                                        Tel: (202) 514-2705
                                        Email: zachary.a.avallone@usdoj.gov

                                        *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

On September 15, 2022, I electronically submitted the foregoing document using the Court's electronic case filing system. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/ *Zachary A. Avallone*
Zachary A. Avallone
Trial Attorney
U.S. Department of Justice