IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
CINCINNATI DIVISION

| | |
|---|---|
| **HUNTER DOSTER**, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **FRANK KENDALL**, *et al.*, <br><br> Defendants. | No. 1:22-cv-00084 <br> Hon. Matthew W. McFarland |

**DEFENDANTS' NOTICE RESPONDING, IN PART, TO PLAINTIFFS' NOTICE**

Defendants submit this notice as a partial response to Plaintiffs' "notice of their filing" that attached an Info Memo from Sean O'Donnell, Acting Inspector General ("IG") to the Secretary of Defense and a Referral Memo from the Secretary of Defense to the Undersecretary of Defense for Personnel and Readiness. ECF No. 91, PgID #5041.

Defendants now submit the declaration of Major General John J. DeGoes, Deputy Surgeon General at the Department of the Air Force Office of the Surgeon General to provide Air Force-specific information and background related to the subject matter discussed in the Acting IG's Info Memo. Defendants reserve the right to make additional submissions regarding the documents attached to Plaintiffs' notice as this case progresses.

Dated: September 26, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

ALEXANDER K. HAAS
Director, Federal Programs Branch

1

ANTHONY J. COPPOLINO
Deputy Branch Director
Federal Programs Branch

*/s/ Zachary A. Avallone*
ANDREW E. CARMICHAEL
AMY E. POWELL
Senior Trial Counsel
STUART J. ROBINSON
Senior Counsel
ZACHARY A. AVALLONE
LIAM HOLLAND
CATHERINE YANG
CASSANDRA SNYDER
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 514-2705
Email: zachary.a.avallone@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

On September 26, 2022, I electronically submitted the foregoing document using the Court's electronic case filing system. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

                                            */s/ Zachary A. Avallone*
                                            Zachary A. Avallone
                                            Trial Attorney
                                            U.S. Department of Justice