IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
CINCINNATI DIVISION

| | |
|---|---|
| **HUNTER DOSTER**, *et al.*,<br><br>                 Plaintiffs,<br><br>  v.<br><br>**FRANK KENDALL**, *et al.*,<br><br><br>                 Defendants. | No. 1:22-cv-00084<br>Hon. Matthew W. McFarland |

### DEFENDANTS' NOTICE OF DR. MARKS' MOTION TO QUASH

Defendants file this notice to inform the Court and Plaintiffs that Dr. Peter Marks has moved to quash Plaintiffs' December 20, 2022 notice seeking his deposition and which contained a request directed to him (not to any party in this case) to produce certain documents. Pursuant to the jurisdictional provisions Rule 45, Dr. Marks, who is not a party to this action, filed his motion to quash in the United States District Court for the District of Maryland, which is the court for the district where he was directed to comply. A copy of Dr. Marks' motion, the memorandum in support, and supporting documents are being filed along with this notice.

Dated: February 2, 2023                     Respectfully submitted,

                                                    BRIAN M. BOYNTON
                                                  Principal Deputy Assistant Attorney General
                                                  Civil Division

ALEXANDER K. HAAS
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Branch Director
Federal Programs Branch

*/s/ Zachary A. Avallone*
ANDREW E. CARMICHAEL
AMY E. POWELL
Senior Trial Counsel
STUART J. ROBINSON
Senior Counsel
ZACHARY A. AVALLONE
LIAM HOLLAND
CATHERINE YANG
CASSANDRA SNYDER
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 514-2705
Email: zachary.a.avallone@usdoj.gov

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

On February 2, 2023, I electronically submitted the foregoing document using the Court's electronic case filing system. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/ *Zachary A. Avallone*
Zachary A. Avallone
Trial Attorney
U.S. Department of Justice