IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
CINCINNATI DIVISION

| | |
|---|---|
| **HUNTER DOSTER**, *et al.*,<br><br>   Plaintiffs,<br><br> v.<br><br>**FRANK KENDALL**, *et al.*,<br><br><br>   Defendants. | No. 1:22-cv-00084<br>Hon. Matthew W. McFarland |

## DEFENDANTS' NOTICE OF DR. MARKS' WITHDRAWAL OF HIS MOTION TO QUASH

  Defendants file this notice to inform the Court and Plaintiffs that since Plaintiffs have rescinded their December 20, 2022 notice seeking the deposition of Dr. Peter Marks and related discovery, Dr. Marks has withdrawn the motion to quash that was pending in the District of Maryland. A copy of Dr. Marks' request to withdraw the motion to quash and the accompanying notice of rescission are being filed along with this notice.

Dated: February 6, 2023    Respectfully submitted,

               BRIAN M. BOYNTON
               Principal Deputy Assistant Attorney General
               Civil Division

               ALEXANDER K. HAAS
               Director, Federal Programs Branch

               ANTHONY J. COPPOLINO

1

Deputy Branch Director
Federal Programs Branch

<u>/s/ *Zachary A. Avallone*</u>
ANDREW E. CARMICHAEL
AMY E. POWELL
Senior Trial Counsel
STUART J. ROBINSON
Senior Counsel
ZACHARY A. AVALLONE
LIAM HOLLAND
CATHERINE YANG
CASSANDRA SNYDER
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 514-2705
Email: zachary.a.avallone@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

On February 2, 2023, I electronically submitted the foregoing document using the Court's electronic case filing system. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/ *Zachary A. Avallone*
Zachary A. Avallone
Trial Attorney
U.S. Department of Justice