IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
CINCINNATI DIVISION

**HUNTER DOSTER**, *et al.*,

                Plaintiffs,

  v.

**FRANK KENDALL**, *et al.*,

                Defendants.

No. 1:22-cv-00084
Hon. Matthew W. McFarland

**DEFENDANTS' NOTICE OF DR. MARKS' RENEWED MOTION TO QUASH**

Defendants file this notice to inform the Court and Plaintiffs that Dr. Peter Marks has renewed his motion to quash Plaintiffs' notice seeking his deposition.

Pursuant to the jurisdictional provisions Rule 45, Dr. Marks, who is not a party to this action, filed his motion to quash in the United States District Court for the District of Maryland, which is the court for the district where he was directed to comply in the original deposition notice. After Dr. Marks filed a motion to quash, Plaintiffs rescinded the notice of deposition on February 6, 2023. Since the notice of deposition was rescinded, Dr. Marks moved to withdraw his motion to quash earlier today. This afternoon, Plaintiffs reissued a notice of deposition to Dr. Marks, purporting to require a deposition in Cincinnati.

Since Plaintiffs reissued their notice of deposition, Dr. Marks has renewed his motion to quash in the District of Maryland for the same reasons in the original motion, and

1

for the additional ground that the notice purports to require compliance "beyond the geographical limits specified in Rule 45(c)." Fed. R. Civ. P. 45(d)(3). A copy of Dr. Marks' renewed motion is attached.

Dated: February 6, 2023                    Respectfully submitted,

                                                BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

ALEXANDER K. HAAS
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Branch Director
Federal Programs Branch

*/s/ Zachary A. Avallone*
ANDREW E. CARMICHAEL
AMY E. POWELL
Senior Trial Counsel
STUART J. ROBINSON
Senior Counsel
ZACHARY A. AVALLONE
LIAM HOLLAND
CATHERINE YANG
CASSANDRA SNYDER
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 514-2705
Email: zachary.a.avallone@usdoj.gov

*Attorneys for Defendants*

2

## **CERTIFICATE OF SERVICE**

On February 6, 2023, I electronically submitted the foregoing document using the Court's electronic case filing system. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

                                                */s/ Zachary A. Avallone*
                                                Zachary A. Avallone
                                                Trial Attorney
                                                U.S. Department of Justice