# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO – Cincinnati Division

| | | |
|---|---|---|
| **HUNTER DOSTER, et. al.** | : | Case No.: 1:22-cv-00084 |
| Plaintiff | : | |
| v. | : | |
| **Hon. FRANK KENDALL**, et. al. | : | |
| Defendants | : | |

### PLAINTIFFS' NOTICE OF FILING OPPOSITION TO RENEWED MOTION TO QUASH NOTICE OF DEPOSITION OF DR. PETER MARKS AND RELATED DISCOVERY

Plaintiffs file this notice to inform the Court and Defendants that we have filed an opposition to Defendants' renewed motion to quash Plaintiffs' notice of deposition of Dr. Peter Marks, which they filed in the United States District Court for the District of Maryland, seeking to have that court adjudicate a discovery dispute pending in this Court. That Opposition is attached. A telephonic hearing on that motion is scheduled to occur on February 28, 2023, at 9:30 a. m. in front of the Honorable Gina L. Simms.

Dated:  February 22, 2023         Respectfully submitted,

/s/Christopher Wiest
Christopher Wiest (OH 0077931)
Chris Wiest, Atty at Law, PLLC
25 Town Center Boulevard, Suite 104
Crestview Hills, KY 41017
(513) 257-1895 (v)
(859) 495-0803 (f)
chris@cwiestlaw.com

Aaron Siri (admitted PHV)
Elizabeth A. Brehm (admitted PHV)
Wendy Cox (admitted PHV)
Dana Stone (admitted PHV)

SIRI | GLIMSTAD LLP
745 Fifth Avenue, Suite 500
New York, NY 10151
(212) 532-1091 (v)
(646) 417-5967 (f)
aaron@sirillp.com
ebrehm@sirillp.com
wcox@sirillp.com
dstone@sirillp.com

Thomas Bruns (admitted PHV)
Bruns, Connell, Vollmar & Armstrong, LLC
4555 Lake Forest Drive, Suite 330
Cincinnati, OH 45242
(513) 312-9890 (v)
tbruns@bcvalaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 22, 2023, a true and correct copy of Plaintiffs' Notice of Filing Opposition to Renewed Motion to Quash Notice of Deposition of Dr. Peter Marks and Related Discovery was served by CM/ECF on all counsel or parties of record.

/s/Christopher Wiest