# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO – Western Division at Cincinnati

| | | |
|---|---|---|
| **HUNTER DOSTER, et. al.** | : | Case No. 1:22-CV-84 |
| Plaintiffs | : | |
| **v.** | : | |
| **FRANK KENDALL, et. al.** | : | |
| Defendants | : | |

### NOTICE OF FILING DECLARATIONS IN SUPPORT OF REQUEST TO LIFT STAY AND OPPOSITION TO DEFENDANTS' *EN BANC* PETITION IN THE SIXTH CIRCUIT COURT OF APPEALS

Plaintiffs, through Counsel, provide notice of filing of declarations in support of their request to this Court to lift the stay it recently entered, and in support of their Opposition to Defendants' *En Banc* Petition in the Sixth Circuit Court of Appeals.

That includes the Declarations of (1) Daniel Reineke; (2) McKenna Colantonio; (3) Chris Schuldes; (4) Joe Dills; (5) Mark Haberle; (6) Albert Sigala; (7) Lucila Sanchez Martinez; and (8) Jonanthan Oberg.

Respectfully submitted,

/s/ Christopher Wiest_____
Christopher Wiest (OH 0077931)
Chris Wiest, Atty at Law, PLLC
25 Town Center Blvd, Suite 104
Crestview Hills, KY 41017
513/257-1895 (c)
859/495-0803 (f)
chris@cwiestlaw.com

/s/Aaron Siri_____
Siri & Glimstad LLP
Aaron Siri (admitted PHV)
Elizabeth A. Brehm (admitted PHV)
Wendy Cox (admitted PHV)
745 Fifth Avenue, Suite 500

New York, NY 10151
(212) 532-1091 (v)
(646) 417-5967 (f)
aaron@sirillp.com

/s/Thomas Bruns_____
Thomas Bruns (OH 0051512)
4750 Ashwood Drive, STE 200
Cincinnati, OH 45241
tbruns@bcvalaw.com
513-312-9890
**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

    I certify that I have served a copy of the foregoing by electronic mail this 13 day of March, 2023.

/s/ Christopher Wiest_____
Christopher Wiest (OH 0077931)