# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO – Western Division at Cincinnati

| | | |
|---|---|---|
| **HUNTER DOSTER, et. al.** | : | Case No. 1:22-CV-84 |
| Plaintiffs | : | |
| **v.** | : | |
| **FRANK KENDALL, et. al.** | : | |
| Defendants | : | |

### DECLARATION OF LUCILA SANCHEZ MARTINEZ

Pursuant to 28 U.S.C. §1746, the undersigned, Lucila Sanchez Martinez, makes the following declaration, under penalty of perjury under the laws of the United States of America, that the facts contained herein are true and correct to the best of my knowledge and belief and that such facts are made based on my personal knowledge:

1. My name is Master Sergeant (MSgt) Lucila Sanchez Martinez, and I am a class member in the above captioned matter. I am an active-duty paralegal who is currently assigned to the Military Justice Law & Policy Division at Joint Base Andrews, Maryland. I've been part of this section for over three years now.

2. There are several personnel tracking systems in the United States Air Force. The one that I am most familiar with is the Automated Military Justice Analysis and Management System (AMJAMS). I have used and continue to use this system for my current military specialty occupation as a paralegal.

3. The purpose of this system is to "collect and maintain data pertaining to the investigation process that can lead to administrative actions, NJP (non-judicial punishment) imposed pursuant to Article 15, UCMJ, trials by court-martial, and

related military justice activity."[1] AMJAMS "contains detailed information on offenses and processing timelines as well as demographic information on subjects and victims."[2]

4. When the vaccine mandate was ordered in August of 2021, anyone refusing the COVID-19 vaccine after having been denied their request for religious accommodation was entered into AMJAMS as a "special interest report" (SIR). Once a member failed to follow a commander's order to receive the COVID-19 vaccination, the airman was categorized as failing "to obey other lawful order" (spec code 092-B) and they were coded as an Anthrax or smallpox vaccine refuser which facilitated the tracking of these cases as there was no code created for a COVID-19 vaccine refuser. All of these Airmen were put into AMJAMS for the purpose of tracking the Airman's individual administrative and punitive actions over the last year and a half. Not only were these Airmen tracked in AMJAMS, these individuals' names and their case status was reported to Headquarters Department of the Air Force (DAF) on a routine basis and continues to be reported.

5. This information will remain in the AMJAMS system until a proactive step is taken to permanently delete an airman's record. It is not common practice to delete the records of airmen whose investigation, administrative and punitive actions have been closed. Without an order to completely remove the Airman's file from AMJAMS, their closed case file will remain in the system indefinitely.

6. Our office routinely gets requests from promotion boards, special duty assignment inquiries, and other investigative bodies asking whether a named Airman has a case

---

[1] Air Force Instruction (AFI) 51-201, *Administration of Military Justice*, ¶ 31.1 (14 Apr. 2022).
[2] *Id* at para. 31.2.

file in AMJAMS and if so, what was the reason for the entry. If the COVID-19 vaccine refusers files remain in AMJAMS, and for that matter, other tracking systems throughout the Air Force, the Airman will be forever marked with this allegation and discriminatory actions may be considered against them. This will affect an airmen's ability to promote, as well as their ability to be selected for special assignments and other career enhancing assignments, such as a White House internship. Subsequently after a member has separated, retired or has been discharged, these records in AMJAMS will still affect their post-service career. It is common practice for outside agencies to contact our office for background checks on discharged Airmen and these records will come up every time.

7. In the same way, the retention of the AMJAMS records for COVID-19 vaccine refusers could facilitate future punitive actions, to include court-martials, against the vaccine refusers, since the system serves as a central repository of information on such refusers.

8. As of the date of this declaration, there have been no steps taken, planned, or contemplated with regard to the removal of the AMJAMS records for COVID-19 vaccine refusers (including those who sought religious exemptions).

Pursuant to 28 U.S.C. §1746, I declare under penalties of perjury under the laws of the United States of America that the foregoing Declaration is true and correct to the best of my knowledge and belief and that such facts are made based on my personal knowledge.

Executed on March 13, 2023                                    _____
                                                                                           Lucila Sanchez Martinez