IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | |
|---|---|
| HUNTER DOSTER, *et al.*, | Case No. 1:22-cv-84 |
| Plaintiffs, | Judge Matthew W. McFarland |
| v. | |
| FRANK KENDALL, *et al.*, | |
| Defendants. | |

## ORDER TO STRIKE

This matter is before the Court on Plaintiffs' Notice and attached Declarations (Doc. 107). This Court sua sponte stayed this case in its entirety "pending the 6th Circuit's decisions on the Defendants' pending matters[.]" (March 3, 2023 Notation Order.) Rather than abiding by the Order, Plaintiffs completely disregarded this Court's directive and, instead, filed the Notice and attached Declarations.

Trial courts have inherent authority to control their dockets. *Anthony v. BTR Auto. Sealing Sys., Inc.*, 339 F.3d 506, 516 (6th Cir. 2003). Such inherent authority allows a court on its own motion "to strike improperly-filed matters and other items as part of managing their dockets." *Wohadlo v. Tentcraft Inc.*, No. 1:18-cv-1442, 2021 WL 2383844, at *5 (S.D. Ohio Apr. 20, 2021). The Court finds Plaintiffs' Notice and Declarations (Doc. 107) were improperly filed, as such filing was in clear violation of this Court's Order staying the case in its entirety. Therefore, this Court has the inherent authority to strike such filing.

Additionally, the Court reminds the parties that the Court has the "inherent authority" to discipline counsel if violations of court orders were to continue. *See Berger v. Cuyahoga Cnty. Bar Ass'n*, 983 F.2d 718, 724 (6th Cir. 1993).

Therefore, pursuant to the Court's inherent authority and broad discretion to manage its docket, Plaintiff's Notice (Doc. 107), as well as all Declarations attached as exhibits to the Notice (Docs. 107-1, 107-2, 107-3, 107-4, 107-5, 107-6, 107-7, & 107-8), are hereby **STRIKEN** from the record.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____
JUDGE MATTHEW W. McFARLAND