**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: April 25, 2023

Mr. Richard W. Nagel
U.S. District Court for the Southern District of Ohio
100 E. Fifth Street
103 Potter Stewart U.S. Courthouse
Cincinnati, OH 45202

        Re:  Case No. 22-3497/22-3702, *Hunter Doster, et al v. Frank Kendall, et al*
              Originating Case No. : 1:22-cv-00084

Dear Clerk,

  Enclosed is a copy of the mandate filed in this case.

                        Sincerely yours,

                        s/Austin D. Tyree
                           for Virginia Padgett, Case Manager

cc:  Ms. Elizabeth Ann Brehm
      Mr. Thomas Bernard Bruns
      Ms. Sarah Jane Clark
      Ms. Wendy Noel Cox
      Mr. Stephen M. Crampton
      Mr. John Allen Eidsmoe
      Mr. Kenneth Alan Klukowski
      Mr. Matthew Franklin Kuhn
      Ms. Anna O. Mohan
      Mr. Casen Ross
      Mr. Charles W Scarborough
      Mr. Gene C. Schaerr
      Mr. Ilya Shapiro
      Mr. Aaron Siri
      Mr. Lowell V. Sturgill Jr.

    Mr. Christopher David Wiest
    Mr. Daniel Winik
    Mr. Frederick Richard Yarger
Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 22-3497/22-3702

_____

Filed: April 25, 2023

HUNTER DOSTER; JASON ANDERSON; MCKENNA COLANTANIO; PAUL CLEMENT; JOE DILLS; BENJAMIN LEIBY; BRETT MARTIN; CONNOR MCCORMICK; HEIDI MOSHER; PETER NORRIS; PATRICK POTTINGER; ALEX RAMSPERGER; BENJAMIN RINALDI; DOUGLAS RUYLE; CHRISTOPHER SCHULDES; EDWARD STAPANON, III; ADAM THERIAULT; DANIEL REINEKE, On behalf of themselves and others similarly situated

   Plaintiffs - Appellees

v.

HON. FRANK KENDALL, III, In his official capacity as Secretary of the Air Force; LT. GENERAL ROBERT I. MILLER, In his official capacity as Surgeon General of the Air Force; LT. GENERAL MARSHALL B. WEBB, In his official capacity as Commander, Air Education and Training Command; LT. GENERAL RICHARD W. SCOBEE, In his official capacity as Commander, Air Force Reserve Command; LT. GENERAL JAMES C. SLIFE, In his official capacity as Commander, Air Force Special Operations Command; UNITED STATES OF AMERICA

   Defendants - Appellants

## MANDATE

 Pursuant to the court's disposition that was filed 11/29/2022 the mandate for this case hereby issues today.

 COSTS: None