IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
CINCINNATI DIVISION

| | |
|---|---|
| **HUNTER DOSTER**, *et al.*,<br><br>                   Plaintiffs,<br><br>v.<br><br>**FRANK KENDALL**, *et al.*,<br><br>                   Defendants. | No. 1:22-cv-00084<br>Hon. Matthew W. McFarland |

### DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY

Defendants respectfully notify the Court of the decision in *Crocker v. Austin*, No. 5:22-cv-757-SMH-MLH (W.D. La. June 22, 2023) (attached as Ex. 1). In that case, members of the Air Force challenged the Air Force's COVID-19 vaccination requirement and brought claims under the Religious Freedom Restoration Act and the First Amendment. *Id.* at *1. After briefing from the parties on mootness, the court found the case was moot in its entirety and dismissed the case for lack of jurisdiction. *Id.* at *18.

This opinion provides additional authority in support of Defendants' Renewed Motion to Dismiss, ECF No. 111.

Dated: June 23, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Director

/s/ *Zachary A. Avallone*
ANDREW E. CARMICHAEL
Senior Trial Counsel
ZACHARY A. AVALLONE
   DC Bar No. 1023361
CASSANDRA M. SNYDER
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch

1100 L Street, N.W.<br>
Washington, DC 20005<br>
Tel: (202) 514-2705<br>
Fax: (202) 616-8460<br>
Email: zachary.a.avallone@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2022, I electronically filed the foregoing paper with the Clerk of Court using this Court's CM/ECF system, which will notify all counsel of record of such filing.

*/s/ Zachary A. Avallone*

1