IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
CINCINNATI DIVISION

| | |
|---|---|
| **HUNTER DOSTER**, *et al.*, <br><br>              Plaintiffs, <br><br>v. <br><br>**FRANK KENDALL**, *et al.*, <br><br>              Defendants. | No. 1:22-cv-00084 <br><br> Hon. Matthew W. McFarland |

**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendants respectfully notify the Court of the decisions in *Davis v. Austin*, No. 3:22-cv-237, 2023 WL 4352444 (M.D. Fla. July 5, 2023) (claims brought by service members in the Department of the Air Force), and in *Bongiovanni v. Austin*, No. 3:22-cv-580, 2023 WL 4352445 (M.D. Fla. July 5, 2023) (claims brought by service members in the Department of the Navy). In those cases, a district court found challenges to the DoD vaccination requirement to be moot, dismissing religious freedom, due process, Administrative Procedure Act, and *ultra vires* claims. These opinions provide additional authority in support of Defendants' Renewed Motion to Dismiss, ECF No. 111.

Dated:  July 6, 2023

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

JOSHUA E. GARDNER
Special Counsel

Respectfully submitted,

/s/ *Zachary A. Avallone*
ANDREW E. CARMICHAEL
Senior Trial Counsel
ZACHARY A. AVALLONE
   DC Bar No. 1023361
CASSANDRA M. SNYDER
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch

1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 514-2705
Fax: (202) 616-8460
Email: zachary.a.avallone@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2023, I electronically filed the foregoing paper with the Clerk of Court using this Court's CM/ECF system, which will notify all counsel of record of such filing.

*/s/ Zachary A. Avallone*