# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed:  January 17, 2024

Ms. Elizabeth Ann Brehm
Siri & Glimstad
745 Fifth Avenue
Suite 500
New York, NY 10166

Mr. Thomas Bernard Bruns
Bruns, Connell, Vollmar & Armstrong
4555 Lake Forest Drive, Suite 330
Cincinnati, OH 45242

Ms. Sarah Jane Clark
Department of Justice
Computer Crime and Intellectual Property Section
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

Ms. Wendy Noel Cox
Siri & Glimstad
1005 Congress Avenue
Suite 925-C36
Austin, TX 78701

Mr. Stephen M. Crampton
Thomas More Society
P.O. Box 4506
Tupelo, MS 38803

Mr. John Allen Eidsmoe
Foundation for Moral Law
Senior Counsel
1 Dexter Avenue
Montgomery, AL 36104

Mr. Kenneth Alan Klukowski
Schaerr Jaffe
1717 K Street, N.W.
Suite 900
Washington, DC 20006

Mr. Matthew Franklin Kuhn
Office of the Attorney General
of Kentucky
700 Capitol Avenue
Suite 118
Frankfort, KY 40601

Ms. Anna O. Mohan
U.S. Department of Justice
Civil Division, Appellate Staff
950 Pennsylvania Avenue, N.W.
Room 7513
7533
Washington, DC 20530

Mr. Casen Ross
Mr. Charles W Scarborough
U.S. Department of Justice
Civil Division, Appellate Staff
950 Pennsylvania Avenue, N.W.
Room 7513
Washington, DC 20530

Mr. Gene C. Schaerr
Schaerr Jaffe
1717 K Street, N.W.
Suite 900
Washington, DC 20006

Mr. Ilya Shapiro
Manhattan Institute
52 Vanderbilt Avenue
New York, NY 10017

Mr. Aaron Siri
Siri & Glimstad
745 Fifth Avenue
Suite 500
New York, NY 10166

Mr. Lowell V. Sturgill Jr.
Mr. Daniel Winik
U.S. Department of Justice
Civil Division, Appellate Staff
950 Pennsylvania Avenue, N.W.
Room 7513
Room 9140
Washington, DC 20530

Mr. Christopher David Wiest
Law Office
25 Town Center Boulevard
Suite 104
Crestview Hills, KY 41017

Mr. Frederick Richard Yarger
Wheeler Trigg O'Donnell
370 17th Street
Suite 4500
Denver, CO 80202

      Re: Case Nos. 22-3497/22-3702, *Hunter Doster, et al v. Frank Kendall, et al*
        Originating Case No. : 1:22-cv-00084

Dear Counsel,

  Pursuant to the Supreme Court's judgment, the court issued an order in these cases.

           Yours very truly,

           Kelly L. Stephens, Clerk


           Cathryn Lovely
           Deputy Clerk

cc: Mr. Richard W. Nagel

Enclosure

Mandate issued April 25, 2023

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Nos. 22-3497/3702

HUNTER DOSTER; JASON ANDERSON; MCKENNA COLANTANIO; PAUL CLEMENT; JOE DILLS; BENJAMIN LEIBY; BRETT MARTIN; CONNOR MCCORMICK; HEIDI MOSHER; PETER NORRIS; PATRICK POTTINGER; ALEX RAMSPERGER; BENJAMIN RINALDI; DOUGLAS RUYLE; CHRISTOPHER SCHULDES; EDWARD STAPANON, III; ADAM THERIAULT; DANIEL REINEKE, on behalf of themselves and others similarly situated,

    Plaintiffs - Appellees,

    v.

HON. FRANK KENDALL, in his official capacity as Secretary of the Air Force; LT. GENERAL ROBERT I. MILLER, in his official capacity as Surgeon General of the Air Force; LT. GENERAL MARSHALL B. WEBB, in his official capacity as Commander, Air Education and Training Command; LT. GENERAL RICHARD W. SCOBEE, in his official capacity as Commander, Air Force Reserve Command; LT. GENERAL JAMES C. SLIFE, in his official capacity as Commander, Air Force Special Operations Command; UNITED STATES OF AMERICA,

    Defendants - Appellants.

**FILED**
Jan 17, 2024
KELLY L. STEPHENS, Clerk

Before:  KETHLEDGE, BUSH, and MURPHY, Circuit Judges.

# JUDGMENT

On Appeal from the United States District Court
for the Southern District of Ohio at Cincinnati.

    In light of the Supreme Court's order of December 11, 2023, the judgment issued in this case on November 29, 2022 is VACATED, and the case is REMANDED to the district court with instructions to vacate as moot its preliminary injunctions.

**ENTERED BY ORDER OF THE COURT**

_____
Kelly L. Stephens, Clerk