IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| HUNTER DOSTER, *et al.*, | : | Case No. 1:22-cv-84 |
| | : | |
| Plaintiffs, | : | Judge Matthew W. McFarland |
| | : | |
| v. | : | |
| | : | |
| FRANK KENDALL, *et al.*, | : | |
| | : | |
| Defendants. | : | |

---

**ORDER VACATING PRELIMINARY INJUNCTIONS (Docs. 47, 77, 86)**

---

In light of the Supreme Court's Order of December 11, 2023, and upon remand from the Sixth Circuit Court of Appeals, the Court's Orders Granting Preliminary Injunctions (Docs. 47, 77, 86) are hereby **VACATED AS MOOT**.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: *[signature]*
JUDGE MATTHEW W. McFARLAND