## UNITED STATES COURT OF APPEALS
### FOR THE SIXTH CIRCUIT

100 EAST FIFTH STREET, ROOM 540

Kelly L. Stephens        POTTER STEWART U.S. COURTHOUSE        Tel. (513) 564-7000

Clerk        CINCINNATI, OHIO 45202-3988        www.ca6.uscourts.gov

Filed: March 11, 2024

Mr. Richard W. Nagel
U.S. District Court
for the Southern District of Ohio
100 E. Fifth Street
103 Potter Stewart U.S. Courthouse
Cincinnati, OH 45202

       Re:    Case No. 22-3497/22-3702, *Hunter Doster, et al v. Frank Kendall, et al*
            Originating Case No. : 1:22-cv-00084

Dear Mr.Nagel,

    Enclosed is a copy of the mandate filed in this case.

            Sincerely yours,

            s/Mackenzie A. Collett
            For Virginia Padgett

cc:  Ms. Elizabeth Ann Brehm
      Mr. Thomas Bernard Bruns
      Ms. Sarah Jane Clark
      Ms. Wendy Noel Cox
      Mr. Stephen M. Crampton
      Mr. John Allen Eidsmoe
      Mr. Kenneth Alan Klukowski
      Mr. Matthew Franklin Kuhn
      Ms. Anna O. Mohan
      Mr. Casen Ross
      Mr. Charles W Scarborough
      Mr. Gene C. Schaerr
      Mr. Ilya Shapiro
      Mr. Aaron Siri
      Mr. Lowell V. Sturgill Jr.
      Mr. Christopher David Wiest
      Mr. Daniel Winik
      Mr. Frederick Richard Yarger

Enclosure

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

_____

No: 22-3497/22-3702

_____

Filed: March 11, 2024

HUNTER DOSTER; JASON ANDERSON; MCKENNA COLANTANIO; PAUL CLEMENT; JOE DILLS; BENJAMIN LEIBY; BRETT MARTIN; CONNOR MCCORMICK; HEIDI MOSHER; PETER NORRIS; PATRICK POTTINGER; ALEX RAMSPERGER; BENJAMIN RINALDI; DOUGLAS RUYLE; CHRISTOPHER SCHULDES; EDWARD STAPANON, III; ADAM THERIAULT; DANIEL REINEKE, On behalf of themselves and others similarly situated

       Plaintiffs - Appellees

v.

HON. FRANK KENDALL, III, In his official capacity as Secretary of the Air Force; LT. GENERAL ROBERT I. MILLER, In his official capacity as Surgeon General of the Air Force; LT. GENERAL MARSHALL B. WEBB, In his official capacity as Commander, Air Education and Training Command; LT. GENERAL RICHARD W. SCOBEE, In his official capacity as Commander, Air Force Reserve Command; LT. GENERAL JAMES C. SLIFE, In his official capacity as Commander, Air Force Special Operations Command; UNITED STATES OF AMERICA

       Defendants - Appellants

<u>MANDATE</u>

   Pursuant to the court's disposition that was filed 01/17/2024 the mandate for this case hereby issues today.

COSTS:  None