**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI**

| | | |
|---|---|---|
| HUNTER DOSTER, et al., | : | Case No. 1:22-cv-84 |
| | : | |
| Plaintiffs, | : | Judge Matthew W. McFarland |
| | : | |
| v. | : | |
| | : | |
| SECRETARY OF THE AIRFORCE, et al., | : | |
| | : | |
| Defendants. | : | |

**JUDGMENT IN A CIVIL CASE**

**Jury Verdict.**    This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by Court.**    This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Court hereby GRANTS Defendants' Renewed Motion to Dismiss (Doc. 111). This case is DISMISSED WITHOUT PREJUDICE and the matter is TERMINATED from the Court's docket.

Dated: March 18, 2024.            Richard W. Nagel, Clerk of Court
                                                By: */s/ Kellie A. Fields*
                                                        Deputy Clerk