**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – at Cincinnati**

| **HUNTER DOSTER, et al.,** | : | Case No. 1:22-cv-00084-MWM |
|---|---|---|
| Plaintiffs | : | |
| v. | : | |
| **FRANK KENDALL, et. al.,** | : | |
| Defendants. | : | |

**ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEY FEES AND COSTS/INTERIM ATTORNEY FEES AND COSTS**

Plaintiff's Motion for Attorney fees and costs/Interim Attorney fees and costs pursuant to 42 U.S.C. § 1988 is hereby GRANTED. Defendants shall pay the following attorney fees and costs to Plaintiff as follows:

| Firm Name | Fees | Costs | Total |
|---|---|---|---|
| Bruns Connell Vollmar Armstrong | $321,664 | $34 | $321,698 |
| Chris Wiest, Attorney at Law, PLLC | $ 466,803.00 | $3900.68 | $ 470,703.68 |
| Siri \| Glimstad | $1,120,929.50 | $8,326.43 | $1,129,255.93 |
| TOTAL | | | $1,921,657.61 |

IT IS SO ORDERED:

_____