# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION – at Cincinnati

| | | |
|---|---|---|
| **HUNTER DOSTER, et al.,** | : | Case No. 1:22-cv-00084-MWM |
| **Plaintiffs** | : | |
| v. | : | |
| **FRANK KENDALL, et al.,** | : | |
| **Defendants.** | : | |

## NOTICE OF APPEAL

Plaintiffs Hunter Doster, Joe Dills, Jason Anderson, McKenna Colantanio, Paul Clement, Benjamin Leiby, Brett Martin, Connor McCormick, Heidi Moster, Peter Norris, Patrick Pottinger, Alex Ramsperger, Daniel Reineke, Benjamin Rinaldi, Douglas Ruyle, Christopher Schuldes, Edward Stapanon, III, and Adam Theriault, on behalf of themselves, *and as class representatives on behalf of others similarly situated and the class as certified*, hereby give notice of their appeal of the opinion and judgment entered March 18, 2024 (Doc. 127, Doc. 128), to the United States Court of Appeals for the Sixth Circuit, pursuant to FRAP 4(a)(1)(B).

Respectfully submitted,

*/s/ Christopher Wiest*
Christopher Wiest (OH 0077931)
Chris Wiest, Atty at Law, PLLC
25 Town Center Blvd, Suite 104
Crestview Hills, KY 41017
513/257-1895 (c)
chris@cwiestlaw.com

*/s/ Thomas Bruns*
Thomas Bruns (OH 0051212)
Bruns Connell Vollmar Armstrong LLC
4555 Lake Forest Dr., Suite 330
Cincinnati, OH 45242
tbruns@bcvalaw.com
513-312-9890

*/s/ Aaron Siri*
Siri Glimstad, LLP
Aaron Siri (admitted PHV)
Elizabeth A. Brehm (admitted PHV)
Wendy Cox (admitted PHV)
200 Park Avenue, 17th Floor
New York, NY 10166
(212) 532-1091 (v)
(646) 417-5967 (f)
aaron@sirillp.com

*Attorneys for Plaintiffs*

CERTIFICATE OF SERVICE

I certify that I have served a copy of the foregoing upon all counsel of record this 8 day of May, 2024, via CM/ECF.

*/s/ Christopher Wiest*_____