**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
CINCINNATI DIVISION**

| | |
|---|---|
| **HUNTER DOSTER,** *et al.,* | |
| *Plaintiffs*, | No. 1:22-cv-00084 |
| v. | Hon. Matthew W. McFarland |
| **FRANK KENDALL,** *et al.*, | |
| *Defendants.* | |

## PROPOSED ORDER

Before the Court is Defendants' Motion to Stay. For good cause shown the motion is GRANTED. Further briefing on attorneys' fees, including Defendants' deadline to respond to Plaintiffs' motion for fees, is stayed until after the Supreme Court's resolution in *Lackey* and the resolution of Plaintiffs' appeal of this Court's dismissal of this case (*i.e.*, either the deadline for either party to seek certiorari following the Sixth Circuit's decision; or, if either party seeks certiorari, then through the conclusion of any subsequent Supreme Court review.). The parties are ordered to submit a joint status report proposing next steps within fourteen days after both *Lackey* and Plaintiffs' appeal have been resolved.

So ordered on May _____, 2024.

_____
UNITED STATES DISTRICT JUDGE