**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
CINCINNATI DIVISION**

| | |
|---|---|
| **HUNTER DOSTER,** *et al.,* | |
| *Plaintiffs,* | No. 1:22-cv-00084 |
| v. | Hon. Matthew W. McFarland |
| **PETE HEGSETH,** *et al.,*[1] | |
| *Defendants.* | |

**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendants respectfully notify the Court of the Supreme Court's decision in *Lackey v. Stinnie*, 604 U.S. ---- (Feb. 25, 2025) (slip op.) (attached as Exhibit A).  In that case, the Supreme Court held that "[p]reliminary injunctions do not make a party 'prevailing' [under 42 U.S.C. § 1983] because they do not conclusively decide the case on the merits."  *Id.* at 1.

Pursuant to this Court's August 14, 2024 order, ECF No. 144, this case remains stayed pending resolution of Plaintiffs' appeal.

Dated: February 27, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

ALEXANDER K. HAAS
Director
Federal Programs Branch

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Pete Hegseth, Secretary of the Department of Defense, is substituted as a defendant in his official capacity for his predecessor, Frank Kendall.

LAUREN A. WETZLER
Deputy Director
Federal Programs Branch

*/s/ Cassandra M. Snyder*
ANDREW E. CARMICHAEL
AMY E. POWELL
Senior Trial Counsel
LIAM HOLLAND
CASSANDRA SNYDER
Trial Attorneys
Department of Justice
Federal Programs Branch
1100 L Street, N.W., Washington, DC 20005
Tel: (202) 451-7729
Email: cassandra.m.snyder@usdoj.gov

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 27, 2025, I electronically filed the foregoing paper with the Clerk of Court using this Court's CM/ECF system, which will notify all counsel of record of such filing.

/s/ Cassandra M. Snyder
Cassandra M. Snyder